# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER, JR.,<br><br>    Plaintiff(s),<br><br>v.<br><br>GORDON DENNY, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00208-RFB-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is a joint discovery plan. Docket No. 9. That discovery plan references exhibits of state court orders, *see id.* at 2, but does not actually attach such orders to the filing on the docket. Moreover, the discovery plan's section on the deadline to amend or add parties appears to be addressing expert disclosure deadlines. *See id.* at 7-8. Accordingly, the joint proposed discovery plan is **DENIED** without prejudice. A renewed joint proposed discovery plan must be filed by March 7, 2023.

IT IS SO ORDERED.

Dated: March 6, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1