# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER, JR.,<br><br>    Plaintiff(s),<br><br>v.<br><br>GORDON DENNY, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00208-RFB-NJK<br><br>**Order**<br><br>[Docket Nos. 24, 25] |

Pending before the Court are expert disclosures filed by Allstate. Docket Nos. 24, 25. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. In addition, Allstate has filed the above documents without redacting personal identifying information. *See* Docket No. 25 at 34 (full date of birth).[1] By publicly disclosing such information in their filing, counsel for Allstate violated the Federal Rules and the local rules. Fed. R. Civ. P. 5.2(a); Local Rule IC 6-1(a).

Accordingly, the Court **STRIKES** the above-referenced documents. The Court instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. The Court also warns counsel that they may be sanctioned for failing to redact personal identifying information in the future.

IT IS SO ORDERED.

Dated: June 9, 2023

                                              _____
                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The Court has not combed through the entirety of these filings to locate any and all instances of personal identifying information. It is the job of counsel, not the Court, to identify and redact personal identifying information. Local Rule IC 6-1(c).