# EXHIBIT B

# EXHIBIT B

# DECLARATION OF GORDON DENNY

GORDON DENNY, pursuant to NRS 53.250 to 53.390. inclusive, declares under the law of the State of Nevada, that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States:

1. I am a defendant in the case in the United States District Court, District of Nevada titled <u>Ronald Carpenter, Jr. v. Gordon Denny, et al.</u>, Case No. 2:23-cv-00208-RFB-NJK;

2. Said lawsuit arises out of an automobile accident I was in while in Las Vegas, Nevada on November 30, 2019;

3. The vehicle I was driving at the time of that accident was rented from Avis Rent A Car for the period of November 29, 2019 to December 8, 2019;

4. When I rented this vehicle from Avis Rent A Car, the coverage I accepted from Avis was the Loss Damage Waiver and $1 Million Third Party Liability Protection, which is documented in the genuine and authentic document disclosed in this litigation with the bates stamp DEF000049;

5. The $1 Million Third Party Liability Protection provides coverage up to $1 million U.S. dollars for both injuries or death of third parties as well as property damage of third parties;

6. At the time I rented this vehicle from Avis Rent A Car, I possessed a valid driver's license from the United Kingdom, which I presented to Avis.

DATED this 15th day of December, 2023, at London, England.

/s/ Gordon Denny_____
GORDON DENNY

Pyatt Silvestri
701 Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

# Robert Molina

| | |
|---|---|
| **From:** | Gordon Denny <g-rock1@hotmail.co.uk> |
| **Sent:** | Friday, December 15, 2023 5:07 AM |
| **To:** | Robert Molina |
| **Subject:** | Re: Document I need signed ASAP |

This sender is trusted.

Hi Robert,

Unfortunately, my printer isn't working. So I give you permission and the authority to sign the document confirming I have a driver's license on my behalf.

Thank you.

On 15 Dec 2023 08:54, Robert Molina <rmolina@pyattsilvestri.com> wrote:

Please sign by hand and date and email back to me ASAP.

Robert P. Molina, Esq.



701 Bridger Avenue, Suite 600

Las Vegas, Nevada 89101

Telephone: (702) 383-6000

Cellular: (702) 807-7088

Facsimile: (702) 477-0088

rmolina@pyattsilvestri.com

www.pyattsilvestri.com