# EXHIBIT C

# EXHIBIT C

```
            RENTAL AGREEMENT NUMBER 496982592            RESERVATION NUMBER 24705190-GB-6 SPACE NO.   B12
Customer Name        : DENNY,GORDON                     Avis Car Number : 9 0 3 5 1 5 6 4   Previous Veh  : 9 0 1 5 2 1 8 2
Drivers Lic Number   : GBXXXXXXXXXXXXXXXJ9DH            Plate Number    : CA 8HOK022        Miles/KM      : 19643 miles
Avis Worldwide Disc  : ATP INTERNATIONAL                Veh Description : GRY CHRY 300M RW  Miles Driven  : 60 miles
Methods of Payment   : CENTRAL                          Odometer Out    : 22623 miles       Exch location : LAS
                                                        Fuel Gauge Reading: Full            Exch Date/Time : NOV 30,2019@11:03 AM


Pickup Date/Time : NOV 29,2019@06:18 PM                 Return Date/Time : DEC 08,2019@06:40 PM
Pickup Location  : 7135 GILESPIE STREET                 Return Location  : 7135 GILESPIE STREET
                   LAS VEGAS,NV,89119,US                                   LAS VEGAS,NV,89119,US

        Additional Fees May Apply If Changes Are Made To Your Return Date, Time And/Or Location.
YOUR ESTIMATED VEHICLE CHARGES                          YOUR OPTIONAL PRODUCTS/SERVICES
Min: 1 Day  Max: 59 DAY                                 Loss Damage Waiver                   .00/Day  Accepted
     RATE CHART                 TIME AND MILEAGE        Personal Accident Insurance         7.00/Day  Declined
AD DY:   42.62                                          Personal Effects Protection         2.95/Day  Declined
MILES:UNLIMITED                                         $1M 3rdParty Liability Protection    .00/Day  Accepted
PACKAGE CHARGES                   +      426.15
@NON PKG ITEMS                    +       67.81 By my initials I accept or decline optional services/products
VEH LICENSE RECOUP 3.29/DY        +     INCLUDED as shown above. X_|=ins|_____
10.00% CONCESSION FEE RECOUP      +     INCLUDED GSO/FUEL                            3.27/Gal
Sales Tax    10.250%              +     INCLUDED Gas Service Option                  60.53        Accepted
X_|=gso|_____
CUSTOMER FACILITY CHG 4.00/D      +     INCLUDED
STATE SURCHARGE 10.00             +     INCLUDED If you drive, 000-074 miles a 15.99 flat rate fee would apply
Gas Service Option                +       60.53 X_|=fmg|_____
YOUR ESTIMATED TOTAL CHARGES:X_|=est|_____:      493.96
                                                I understand that important information on cashless toll roads
                                                and e-Toll services can be found at avis.com/etoll.
                                                X_|=eToll|_____
```

----NOTICES----------AVIS----------NOTICES----------AVIS----------NOTICES----------AVIS----------NOTICES-----
Loss Damage Waiver is optional. An added daily cost of .00 covers your responsibility for damage to our car. Check with your insurer as this may be duplicative of your own car insurance. I agree the charges listed above are estimates and that I have reviewed&agreed to all notices&terms here and in the rental jacket.No additional drivers allowed without prior written consent. Tickets, fines and admin fees to be charged to this rental.XX_|=sig|_____.

If you have questions regarding this rental, call us at 702-531-1500. This vehicle was rented to you by DARRYLE.

DEF000049