# EXHIBIT D

# EXHIBIT D

```
                                                        Page 1
 1                     DISTRICT COURT

 2                  CLARK COUNTY, NEVADA

 3   RONALD CARPENTER, JR.,      )
     an individual;              )
 4                               ) CASE NO.:
              Plaintiff,         ) A-20-815402-C
 5                               )
     vs.                         )
 6                               )
     GORDON DENNY, an            )
 7   individual; PV HOLDING      )
     CORP. dba AVIS CAR          )
 8   RENTAL, a foreign           )
     corporation; DOES I         )
 9   through V, inclusive;       )
     and ROE CORPORATIONS I      )
10   through V, inclusive,       )
                                 )
11           Defendants.         )

12

13

14

15       VIDEOTAPED DEPOSITION OF GORDON DENNY

16                 Via Videoconference

17         Taken on Friday, October 15, 2021

18                   At 8:13 a.m.

19           By a Certified Court Reporter

20                   Remotely in

21               Las Vegas, Nevada

22

23

24   Reported By:  Karen L. Jones, CCR NO. 694
     Job No.:  44365
25
```

Page 12

```
 1   1985.  I'm 36 years old.
 2              (Reporter clarification.)
 3              THE WITNESS:  September 6th, basically.
 4   BY MR. LADAH:
 5       Q.     September 6th, 1985, is your birthday?
 6       A.     Yeah.
 7       Q.     Okay.  And when did you first get your
 8   driver's license?
 9       A.     September 21st, 2010.  I'm not
10   100 percent on the exact date, but it was
11   September 2010.
12       Q.     Have you ever held a commercial driver's
13   license?
14       A.     I don't know what commercial driver's
15   license is.
16       Q.     It's a driver's license to drive like a
17   big rig or a truck heavy truck?
18       A.     Oh, no, no.
19       Q.     Okay.  And has your license to drive
20   ever been suspended or revoked?
21       A.     No.
22       Q.     I want to go over motor vehicle
23   collisions you've been involved in since you first
24   obtained your driver's license.
25              Can you take me through how many motor
```

Page 85

1                    CERTIFICATE OF REPORTER

2
   STATE OF NEVADA    )
3                     )SS:
   COUNTY OF CLARK    )
4

5          I, Karen L. Jones, a duly commissioned and
   licensed Court Reporter, Clark County, State of
6  Nevada, do hereby certify:  That I reported the
   taking of the deposition of the witness, GORDON
7  DENNY, commencing on Friday, October 15, 2021 at
   8:13 a.m.
8

9          That prior to being examined, the witness was,
   by me, duly sworn to testify to the truth.  That I
10 thereafter transcribed my said shorthand notes into
   typewriting and that the typewritten transcript of
11 said deposition is a complete, true and accurate
   transcription of said shorthand notes.
12

13         I further certify that (1) I am not a relative
   or employee of an attorney or counsel of any of the
14 parties, nor a relative or employee of an attorney
   or counsel involved in said action, nor a person
15 financially interested in the action; nor do I have
   any other relationship with any of the parties or
16 with counsel of any of the parties involved in the
   action that may reasonably cause my impartiality to
17 be questioned; and (2) that transcript review
   pursuant to NRCP 30(e) was requested.
18

19

20         IN WITNESS HEREOF, I have hereunto set my
   hand, in my office, in the County of Clark, State of
21 Nevada, this 1st day of November, 2021.

22                              *[signature: Karen L. Jones]*
                     _____
23                         KAREN L. JONES, CCR NO. 694

24

25