# EXHIBIT E

# EXHIBIT E

## DECLARATION OF ROBERT P. MOLINA, ESQ.

ROBERT P. MOLINA, ESQ., pursuant to NRS 53.045, declares under penalty of perjury that:

1. I am an adult fully competent to testify in the matters herein;

2. I am an attorney duly licensed to practice law in the State of Nevada and a member of the law firm Pyatt Silvestri, attorneys for Defendant PV Holding Corp.;

3. Exhibit "A" attached hereto is a true and correct copy of Plaintiff's First Amended Complaint, filed January 12, 2023, which I was e-served via the state court's Odyssey e-service system ;

4. Exhibit "B" attached hereto as a true and correct copy of the Declaration of Gordon Denny, which was e-mailed to me directly from Mr. Denny shortly after personally speaking him about the contents of said declaration;

5. Exhibit "C" attached hereto is a true and correct copy of the Avis Rental Print-Out (Bates Stamped DEF000049), which was authenticated by Mr. Denny in his declaration attached as Exhibit "B";

7. Exhibit "D" and "H" attached hereto are true and correct copies of Relevant Portions of Volume 1 of Deposition of Gordon Denny, taken October 15, 2021 and Relevant Portions of Volume 1 of Deposition of Plaintiff, taken February 15, 2023, both of which I personally attended, and the court reporters directly emailed me both of these transcripts, which are signed by the court reporters;

8. Exhibit "F" attached hereto is a true and correct copy of Plaintiff's Answers to Defendants' First Set of Interrogatories to Plaintiff, served April 2, 2021, which was e-served to my office via the state court's Odyssey system;

10. Exhibit "G" attached hereto is a true and correct copy of Plaintiff's Supplemental Answers to Defendants' First Set of Interrogatories to Plaintiff, served September 5, 2023, which was e-mailed to me directly by Plaintiff's counsel's office;

. . .

. . .

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 15th day of December, 2023.

              /s/ Robert P. Molina, Esq.
              ROBERT P. MOLINA, ESQ.