# EXHIBIT H

# EXHIBIT H

Case 2:23-cv-00208-RFB-NJK   Document 37-8   Filed 12/15/23   Page 2 of 8

Ronald Edward Carpenter, Jr., Vol.1
Carpenter, Jr. vs Denny, et al.

```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF NEVADA

 3


 4   RONALD CARPENTER, JR., an
     individual,
 5
             Plaintiff,
 6
          vs.                              CASE NO.
 7                                         2:23-cv-00208-RFB-NJK
     GORDON DENNY, an individual; PV
 8   HOLDING CORP., dba AVIS CAR
     RENTAL, a foreign corporation;
 9   CANONICAL GROUP LIMITED, a
     foreign corporation; DOES I
10   through V, inclusive; and ROE
     CORPORATIONS II through V,
11   inclusive,

12           Defendants.
     _____
13   ALLSTATE INSURANCE COMPANY,

14           Intervenor.
     _____/
15

16

17                          VOLUME I

18    VIDEOTAPED DEPOSITION OF RONALD EDWARD CARPENTER, JR.

19           Taken on Wednesday, February 15, 2023
                       At 11:02 a.m.
20
                       At Pyatt Silvestri
21             701 Bridger Avenue, Suite 600
                  Las Vegas, Nevada  89101
22

23

24

25   REPORTED BY:  GAYLE SZELINSKI, CCR NO. 585
```



| | | |
|---|---|---|
| 1 | A.     We did at the Bellagio. | 01:41:02 |
| 2 | Q.     Okay.  And what do you mean by exchange | 01:41:03 |
| 3 | information? | |
| 4 | A.     Like I thought I took a picture of his | 01:41:06 |
| 5 | license or insurance.  I think I did.  But we got each | |
| 6 | other's information.  I mean, like license and | |
| 7 | insurance. | |
| 8 | Q.     Were you aware of -- well, what did he | 01:41:22 |
| 9 | give you? | |
| 10 | A.     I think he had a passport. | 01:41:25 |
| 11 | Q.     Okay.  Did he have any insurance? | 01:41:27 |
| 12 | A.     I can't remember.  I'm sure he gave like | 01:41:33 |
| 13 | the rental car receipt or something.  I don't remember | |
| 14 | specifically what it was. | |
| 15 | Q.     All right.  So it was your understanding | 01:41:43 |
| 16 | then at the time that he had -- this was a rental car; | |
| 17 | correct? | |
| 18 | A.     Yeah.  Yeah. | 01:41:54 |
| 19 | MR. MOLINA:  I'm going to mark this.  I | 01:41:55 |
| 20 | guess this is going to be Exhibit F. | |
| 21 | And to my Co-Defendants, I don't have this | |
| 22 | for screen share, but it's Defendant Bates stamp 49 in | |
| 23 | I believe my client's disclosures. | |
| 24 | MR. LADAH:  Counsel, my client has no | 01:42:17 |
| 25 | knowledge of this. | |



| | | |
|---|---|---|
| 1 | BY MR. MOLINA: | 01:45:25 |
| 2 | Q.    All right.  And here on Exhibit F, it says | 01:45:26 |
| 3 | it's a $1 million third-party liability protection. | |
| 4 | Do you see that? | |
| 5 | A.    Where? | 01:45:33 |
| 6 | Q.    It says "Loss Damage Waiver," and it says | 01:45:34 |
| 7 | that's accepted, and then it says "Personal Accident | |
| 8 | Insurance declined, Personal Effects Protection | |
| 9 | declined." | |
| 10 | But here it says "1,000,000 3rd Party | |
| 11 | Liability Protection accepted."  Do you see that? | |
| 12 | MR. LADAH:  Same objection. | 01:45:50 |
| 13 | THE WITNESS:  I do not see it yet. | 01:45:51 |
| 14 | BY MR. MOLINA: | 01:45:54 |
| 15 | Q.    So it's in the middle of the document on | 01:45:54 |
| 16 | the right-hand side.  It says "Your Optional | |
| 17 | Products/Services," and it says "Loss Damage Waiver." | |
| 18 | Do you see that? | |
| 19 | A.    Loss Damage Waiver, yeah. | 01:46:03 |
| 20 | Q.    Then it says, "Personal Accident | 01:46:05 |
| 21 | Insurance, Personal Effects Protection."  Then it says | |
| 22 | "1,000,000 3rd Policy" [sic] "Liability Protection"? | |
| 23 | A.    Yeah, 1M, yeah. | 01:46:14 |
| 24 | Q.    That's one million, and it says it's | 01:46:15 |
| 25 | accepted.  Do you see that? | |



ROCKET REPORTERS
702.876.2538    www.RocketReporters.com

Case 2:23-cv-00208-RFB-NJK   Document 37-8   Filed 12/15/23   Page 5 of 8
Ronald Edward Carpenter, Jr., Vol.1
Carpenter, Jr. vs Denny, et al.                                124

| | | |
|---|---|---|
| 1 | A. Yeah, yeah. It's on there. | 01:46:18 |
| 2 | Q. Okay. Do you have any reason to dispute | 01:46:19 |
| 3 | this? | |
| 4 | MR. LADAH: Objection, calls for | 01:46:22 |
| 5 | speculation. Go ahead. | |
| 6 | THE WITNESS: It's on the paper. | 01:46:24 |
| 7 | BY MR. MOLINA: | 01:46:27 |
| 8 | Q. I mean -- | 01:46:27 |
| 9 | A. I don't know. | 01:46:28 |
| 10 | Q. Do you have a belief that he did not have | 01:46:29 |
| 11 | any insurance coverage on the day of the accident? | |
| 12 | MR. LADAH: Same objection. | 01:46:35 |
| 13 | THE WITNESS: I thought you had to with | 01:46:36 |
| 14 | rental cars. I thought -- I don't know. | |
| 15 | BY MR. MOLINA: | 01:46:40 |
| 16 | Q. Okay. Do you have any information that | 01:46:40 |
| 17 | would indicate to you that Mr. Denny did not have any | |
| 18 | insurance coverage on the day of the accident? | |
| 19 | MR. LADAH: Same objection. | 01:46:50 |
| 20 | THE WITNESS: No. No. | 01:46:51 |
| 21 | BY MR. MOLINA: | 01:46:55 |
| 22 | Q. It was your belief at the time of the | 01:46:55 |
| 23 | accident or right after the accident that he did have | |
| 24 | insurance coverage; correct? | |
| 25 | A. Not really. I mean, I didn't -- it wasn't | 01:47:01 |



1  even a concern.  But once I started getting treatment,
2  that's when I found out like, you know, you'll be okay
3  to actually get help.
4       Q.    So after you started treatment, that's                01:47:16
5  when you learned that he did have coverage?
6       A.    Well, I guess more or less, yeah.                     01:47:20
7             MR. MOLINA:  All right.  I'm going to go              01:47:23
8  to the next document.  These are documents that were
9  produced by your client -- or actually this one is
10 just marked because it's Bates stamped.
11            These are the photos that were produced or
12 taken by the trooper.  And this one in particular is
13 the -- just happens to be what was used as exhibits at
14 the trooper's deposition.  But it's the same thing.
15            I'm going to mark this as Exhibit G.  I'm
16 just going to do this collectively.
17            MR. LADAH:  For the record, I did not                  01:47:58
18 prevent you from asking any questions about this
19 Rental Agreement.  I did not instruct my client at any
20 point not to answer the questions.
21            (Defendants' Exhibit G was marked.)
22 BY MR. MOLINA:                                                    01:48:47
23      Q.    Exhibit G, if you look in the lower                    01:48:48
24 right-hand corner, your attorney had numbered these,
25 and so that's how I'm going to refer to these in the



1                CERTIFICATE OF REPORTER

2
STATE OF NEVADA )
3                ) ss
COUNTY OF CLARK )
4

5           I Gayle Szelinski, a Certified court

6    Reporter, duly licensed by the State of Nevada do

7    hereby certify:

8           That I reported the deposition of Ronald

9    Edward Carpenter, Jr., commencing on Wednesday,

10   February 15, 2023, at the hour of 11:02 a.m.;

11          That prior to being deposed, the deponent

12   was duly sworn by me to testify to the truth;

13          That I thereafter transcribed my said

14   stenographic notes into written form;

15          That the typewritten transcript is a

16   complete, true, and accurate transcription of my said

17   stenographic notes;

18          I further certify that pursuant to FRCP

19   Rule 30(e)(1) that the signature of the deponent:

20          _X_ was requested by the deponent or a party

21   before the completion of the deposition;

22          __ was not requested by the deponent or a

23   party before the completion of the deposition;

24          I further certify that I am not a relative

25   or employee of counsel or of any of the parties involved


ROCKET REPORTERS
702.876.2538   www.RocketReporters.com

Case 2:23-cv-00208-RFB-NJK   Document 37-8   Filed 12/15/23   Page 8 of 8
Ronald Edward Carpenter, Jr., Vol.1
Carpenter, Jr. vs Denny, et al.                                    238

1  in the proceeding, nor a person financially interested
2  in the proceeding.
3              IN WITNESS WHEREOF, I have set my hand in
4  my office in the County of Clark, State of Nevada,
5  this 27th day of February, 2023.
6
7
8
9
10  _____
    GAYLE SZELINSKI, CCR NO. 585
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

