# EXHIBIT 1

## Affidavit of Katherine Ollerhead

SHANNON S. PIERCE (Nev. Bar No. 12471)
WADE BEAVERS (Nev. Bar No. 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 788-2283
Email: spierce@fennemorelaw.com; wbeavers@fennemorelaw.com

*Attorneys for Canonical Group Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER, JR., an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GORDON DENNY, an individual; PV HOLDING CORP. dba AVIS CAR RENTAL, a foreign corporation; CANONICAL GROUP LIMITED, a foreign corporation; DOES I through V, inclusive and ROE CORPORATIONS II through V, inclusive;<br><br>Defendants. | CASE NO.: 2:23-CV-00208-RFB-NJK<br><br>**AFFIDAVIT OF KATHERINE OLLERHEAD IN SUPPORT OF CANONICAL GROUP LIMITED'S MOTION FOR SUMMARY JUDGMENT** |
| ALLSTATE INSURANCE COMPANY;<br><br>Intervenor. | |

STATE OF NEVADA     )
                    )SS
COUNTY OF WASHOE    )

I, Katherine Ollerhead, being first duly sworn, under penalty of perjury under the laws of the United States of America, depose and say:

1. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently thereto.

2. I am employed as General Counsel for Canonical Group Limited ("CGL"), a

1

1  London-based technology company that specializes in providing commercial support and related
2  services for certain open source computer software.

3      3.   I make this affidavit in support of CGL's *Motion for Summary Judgment*
4  ("Motion") filed in the above-captioned lawsuit.

5      4.   In my role, I have access to the business records of CGL relating to its previous
6  employment of Gordon Denny, including reports generated through CGL's Expensify system
7  documenting Mr. Denny's submittals and requests for reimbursement in connection with his
8  claimed out of pocket travel expenses.

9      5.   Attached to the Motion as <u>Exhibit 5</u> is a true and correct copy, as maintained in
10  CGL's business records, of an Expensify report reflecting expense requests submitted by Mr.
11  Denny and processed by CGL in connection with Mr. Denny's travel to Las Vegas between the
12  dates of November 29, 2019 and December 9, 2019. I can attest that this record was made in the
13  regular course of CGL's business, at or near the time of the act, condition, or event described.

14      I declare under penalty of perjury under the laws of the United States of America that the
15  foregoing is true and correct.
16      Executed this _____ day of _____12/13/2023_____, 2023.
17                                    _____*Katherine Ollerhead*_____
                                       Katherine Ollerhead

18

19  SUBSCRIBED and SWORN hereto
    before me this ____ day of _____12/13/2023_____, 2023.
20

21  ___*Shawna Charleton*___
22  Notary Public

23                    Notarized online using audio-video communication
24                    Shawna Charleton
25                    Electronic Notary Public
                      State of Nevada
26                    Commission #: 23-7319-02
                      Commission Expires: 10/11/2026
27