# EXHIBIT 2

# FILED UNDER SEAL

## Employment Contract (Confidential)