# EXHIBIT 5

## Expense Report



# New Report

£1,039.<sup>38</sup>

 **From**
gordon.denny@canonical.com

 **To**
Matt Ellis (matt.ellis@canonical.com)

 **Date**
Nov 29, 2019 to Dec 9, 2019

Is this compliant with company policy? Check here:
https://sites.google.com/a/canonical.com/operations/financial-services/employee-expenses

| No |
|----|

Is this compliant with company policy? Check here:https://sites.google.com/a/canonical.com/operations/business-services/employee_expenses

| No |
|----|

## Meals - £473.20[A]

| | DATE | MERCHANT | | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|
| | Nov 29, 2019 | Spuntino | [21] | Lunch | £22.00 | £22.00 |
| | Nov 30, 2019 | Joyful House | [20] | Lunch and dinner | $72.31 | 0.7735 USD/GBP £55.94 |
| | Dec 1, 2019 | Lakeside | [18] | Combine meals | $90.00 | 0.7735 USD/GBP £69.62 |
| | Dec 1, 2019 | PA Cafe | [19] | | $27.65 | 0.7735 USD/GBP £21.39 |
| | Dec 2, 2019 | Old Homestead | [16] | Lunch and Dinner | $70.00 | 0.7745 USD/GBP £54.21 |
| | Dec 2, 2019 | Panda Express | [17] | Breakfast | $12.39 | 0.7745 USD/GBP £9.60 |
| | Dec 3, 2019 | PA Cafe | [15] | Breakfast | $29.23 | 0.7728 USD/GBP £22.59 |
| | Dec 4, 2019 | Palms Casino | [13] | Lunch | $47.22 | 0.7694 USD/GBP £36.33 |
| | Dec 4, 2019 | Palms Casio | [12] | Dinner | $49.30 | 0.7694 USD/GBP £37.93 |
| | Dec 5, 2019 | Applebee | [11] | Lunch | $42.77 | 0.7627 USD/GBP £32.62 |
| | Dec 6, 2019 | Palms Casio | [10] | Lunch | $32.15 | 0.7600 USD/GBP £24.43 |
| | Dec 7, 2019 | Bourbon Street | [7] | Dinner | $60.12 | 0.7613 USD/GBP £45.77 |

**£473.20**

Powered By 

| DATE | MERCHANT | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|
| Dec 7, 2019 | Palms Casio | Lunch | $24.65 | 0.7613 USD/GBP £18.77 |
| Dec 7, 2019 | Palms Casio | Breakfast | $28.90 | 0.7613 USD/GBP £22.00 |
| | | | | **£473.20** |

**Travel:Accommodation - £345.13**

| DATE | MERCHANT | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|
| Dec 8, 2019 | Palms Casio | Resort fee | $397.89 | 0.7613 USD/GBP £302.90 |
| Dec 8, 2019 | UPS | Delivery of swag to Austin office | £42.23 | £42.23 |
| | | | | **£345.13** |

**Travel:Airline seating - £65.00**

| DATE | MERCHANT | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|
| Nov 29, 2019 | Virgin Atlantic | Extra baggage for swag | £65.00 | £65.00 |
| | | | | **£65.00** |

**Travel:Car Hire - £11.59[A]**

| DATE | MERCHANT | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|
| Dec 3, 2019 | MGM Resort | Parking | $15.00 | 0.7728 USD/GBP £11.59 |
| | | | | **£11.59** |

**Travel:Taxi fares - £144.46[A]**

| DATE | MERCHANT | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|
| Nov 29, 2019 | Uber | Home to airport | £63.36 | £63.36 |
| Dec 9, 2019 | Uber | Office to home | £35.74 | £35.74 |
| Dec 9, 2019 | Uber | Airport to office | £45.36 | £45.36 |
| | | | | **£144.46** |

**Policy Violations**

[A] Category out of policy



Powered By Expensify

CGI 000173

Jan 8, 2020 at 5:11 PM UTC+00:00

gordon.denny@canonical.com created this report

Jan 8, 2020 at 7:52 PM UTC+00:00

gordon.denny@canonical.com submitted this report to Matt Ellis (matt.ellis@canonical.com)

Jan 13, 2020 at 10:34 PM UTC+00:00

Matt Ellis (matt.ellis@canonical.com) modified expense 'Joyful House'. New date is '2019-11-30' (previously '2019-11-29').

Jan 13, 2020 at 10:34 PM UTC+00:00

Matt Ellis (matt.ellis@canonical.com) modified expense 'PA Cafe'. New date is '2019-12-01' (previously '2019-11-30').

Jan 13, 2020 at 10:58 PM UTC+00:00

Matt Ellis (matt.ellis@canonical.com) final approved this report

Feb 7, 2020 at 7:49 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Export

Feb 7, 2020 at 7:55 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Credit Card Export

Feb 7, 2020 at 10:26 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Payroll Monthly (not CNY)

Feb 7, 2020 at 10:26 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Export

Feb 7, 2020 at 10:46 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Export

Feb 7, 2020 at 10:49 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) marked this report as manually reimbursed. This report will be reimbursed outside of Expensify

Mar 10, 2020 at 12:29 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Export

Mar 10, 2020 at 12:41 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Export

Mar 10, 2020 at 12:43 AM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Export

Apr 20, 2020 at 6:01 PM UTC+01:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Expenses Full Data Dump

Jul 24, 2020 at 11:08 AM UTC+01:00

Sally Coome (sally.coome@canonical.com) exported this report to Detailed Export

Nov 27, 2020 at 10:28 AM UTC+00:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Nov 27, 2020 at 4:40 PM UTC+00:00

Carla Florescu (carla.florescu@canonical.com) exported this report to Credit Card Export

Jan 4, 2021 at 6:50 PM UTC+00:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Feb 2, 2021 at 9:16 AM UTC+00:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Mar 1, 2021 at 9:45 AM UTC+00:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Mar 26, 2021 at 9:15 AM UTC+00:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Apr 13, 2021 at 5:08 PM UTC+01:00

You exported this report to Category Export

Apr 26, 2021 at 10:52 PM UTC+01:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

May 26, 2021 at 10:32 AM UTC+01:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Jun 28, 2021 at 11:26 AM UTC+01:00

Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Powered By Expensify

Jul 28, 2021 at 2:48 PM UTC+01:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Aug 26, 2021 at 11:30 AM UTC+01:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Sep 28, 2021 at 11:26 AM UTC+01:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Sep 29, 2021 at 9:16 AM UTC+01:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Oct 26, 2021 at 10:40 AM UTC+01:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Dec 1, 2021 at 9:28 AM UTC+00:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Jan 7, 2022 at 11:33 AM UTC+00:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Feb 1, 2022 at 9:44 PM UTC+00:00
Declan Knapton (declan.knapton@canonical.com) exported this report to Credit Card Export

Aug 25, 2022 at 5:33 PM UTC+01:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to All Data - Report Level Export

Aug 25, 2022 at 5:37 PM UTC+01:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to All Data - Expense Level Export

Aug 30, 2022 at 9:53 AM UTC+01:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Sep 26, 2022 at 6:23 PM UTC+01:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Oct 29, 2022 at 1:18 PM UTC+01:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Dec 1, 2022 at 1:07 PM UTC+00:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Dec 29, 2022 at 8:58 AM UTC+00:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Jan 31 at 9:39 AM UTC+00:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Feb 27 at 6:40 PM UTC+00:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

Mar 27 at 1:42 PM UTC+01:00
Emmett Ryan (emmett.ryan@canonical.com) exported this report to Credit Card Export

May 5 at 12:42 PM UTC+01:00
You exported this report to All Data - Expense Level Export

**Receipt Thumbnails**

CGL 000175

Powered By  Expensify



Date:       Dec 9, 2019
Merchant:   Uber
Total:      £35.74
Category:   Taxi fares
Comment:    Office to home



Date:       Dec 9, 2019
Merchant:   Uber
Total:      £45.36
Category:   Taxi fares
Comment:    Airport to office



Date:       Nov 29, 2019
Merchant:   Uber
Total:      £63.36
Category:   Taxi fares
Comment:    Home to airport



Date:       Nov 29, 2019
Merchant:   Virgin Atlantic
Total:      £65.00
Category:   Airline seating
Comment:    Extra baggage for swag



Date:       Dec 8, 2019
Merchant:   UPS
Total:      £42.23
Category:   Accommodation
Comment:    Delivery of swag to Au...



Date:       Dec 8, 2019
Merchant:   Palms Casio
Total:      $397.89
Category:   Accommodation
Comment:    Resort fee



Date:       Dec 7, 2019
Merchant:   Bourbon Street
Total:      $60.12
Category:   Meals
Comment:    Dinner



Date:       Dec 7, 2019
Merchant:   Palms Casio
Total:      $24.65
Category:   Meals
Comment:    Lunch

Powered By Expensify



9

| | |
|---|---|
| Date: | Dec 7, 2019 |
| Merchant: | Palms Casio |
| Total: | $28.90 |
| Category: | Meals |
| Comment: | Breakfast |



10

| | |
|---|---|
| Date: | Dec 6, 2019 |
| Merchant: | Palms Casio |
| Total: | $32.15 |
| Category: | Meals |
| Comment: | Lunch |



11

| | |
|---|---|
| Date: | Dec 5, 2019 |
| Merchant: | Applebee |
| Total: | $42.77 |
| Category: | Meals |
| Comment: | Lunch |



12

| | |
|---|---|
| Date: | Dec 4, 2019 |
| Merchant: | Palms Casio |
| Total: | $49.30 |
| Category: | Meals |
| Comment: | Dinner |



13

| | |
|---|---|
| Date: | Dec 4, 2019 |
| Merchant: | Palms Casino |
| Total: | $47.22 |
| Category: | Meals |
| Comment: | Lunch |



14

| | |
|---|---|
| Date: | Dec 3, 2019 |
| Merchant: | MGM Resort |
| Total: | $15.00 |
| Category: | Car Hire |
| Comment: | Parking |



15

| | |
|---|---|
| Date: | Dec 3, 2019 |
| Merchant: | PA Cafe |
| Total: | $29.23 |
| Category: | Meals |
| Comment: | Breakfast |



16

| | |
|---|---|
| Date: | Dec 2, 2019 |
| Merchant: | Old Homestead |
| Total: | $70.00 |
| Category: | Meals |
| Comment: | Lunch and Dinner |

CGL 000177



| | |
|---|---|
| Date: | Dec 2, 2019 |
| Merchant: | Panda Express |
| Total: | $12.39 |
| Category: | Meals |
| Comment: | Breakfast |



| | |
|---|---|
| Date: | Dec 1, 2019 |
| Merchant: | Lakeside |
| Total: | $90.00 |
| Category: | Meals |
| Comment: | Combine meals |



| | |
|---|---|
| Date: | Dec 1, 2019 |
| Merchant: | PA Cafe |
| Total: | $27.65 |
| Category: | Meals |



| | |
|---|---|
| Date: | Nov 30, 2019 |
| Merchant: | Joyful House |
| Total: | $72.31 |
| Category: | Meals |
| Comment: | Lunch and dinner |



| | |
|---|---|
| Date: | Nov 29, 2019 |
| Merchant: | Spuntino |
| Total: | £22.00 |
| Category: | Meals |
| Comment: | Lunch |

Powered By Expensify

Case 2:23-cv-00208-RFB-NJK   Document 40-6   Filed 12/15/23   Page 9 of 29

← Trip details

 **Your trip with Radoslav Petrov**

Need help with this trip?

| Switch payment method | Change star |
|---|---|
| I want to switch my payment method for this trip. | I want to chan |
| Edit payment | Edit rating |

Help    **Receipt**

**UberX receipt**

| Fare | £57.65 |
|---|---|
| Subtotal | £57.65 |
| Clean air fee | £5.71 |
| Total | £63.36 |

| PayPal - gordondenny@hotmail.co.uk | £63.36 |
|---|---|

29/11/19, 12:11

  

   

# Transaction details

## NatWest

G J DENNY

*****473 60-21-05

**Paid out**
£65.00

**To**
VIR ATL

**Type**
Debit Card Transaction

**Date posted**
02 December 2019

**Transaction date**
29 November 2019

**Card ending**
**** 8595

**More information**
9328279674
ANCILLARIES GB



Spuntino Heathrow T3
T3 Airside
TW6 1AY

Till 4
Joao..                    29 Nov 2019 13:49

Table: 6  c: 1          ORDER #: 9478

1      Double
       Bacardi Superior    =    9.00
1      Marla Singer Bur    =   13.00

Total                    £22.00

ORDER #: 9478

Thank you for visiting
and we look forward to
seeing you soon.
Tel:
VAT No. 340 377 862
Service charge not included

CGL_000181

# Joyful House

4601 Spring Mountain Road
Las Vegas, NV 89102
USA
(702) 889-8881

```
Bill
In        : 1022401 (1)
CheckOut  : 11/30/2019 00:24:00
Type      : 11/30/2019 01:12:25
          : Catering (2 - 2)
-------------------------------------
Orange Chicken           2.00      27.00
Combination Fried Ri     1.00      12.95
Cabernet by Glass        1.00       8.95
Chardonnay by Glass      2.00      17.90
                              ------------
Amount      5 Item                 66.80
Tax  8.25 %                       + 5.51
                              ------------
Total                              72.31
                              ------------
Net                                72.31
                              ============
```

Tips guide calculated before tax
Charges for your convenience :-

```
    18% = 12.02
    20% = 13.36
    25% = 16.7
```

Much appreciate your support
and encourage to our Staffs.

Thanks for your visit
Please come again.

```
       ***  --- END --- ***
```

CGL_000182



**LAKESIDE**
Wynn Las Vegas
1000523 Scott

- - - - - - - - - - - - - - - - - - - - - - - - -

132/1                          GST 2

8617
132THENNY
DEC01'19  1:56PM

- - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---:|
| 1 | PELLGRNO LG | 9.00 |
| 2 | JAZZ BRUNCH | 136.00 |
| 2 | MANGO MIM | 34.00 |
| | SUBTOTAL | 179.00 |
| | TAX | 14.77 |
| | TOTAL | $193.77 |

CGL_000183



CGL_000184

12/2/2019                    20:30
========================================

Old Homestead
Check:  6271993      Table: 71
Server: Dawn N       Guests: 1
Terminal: 628
========================================

CLV Regular Che
1 CALAMARI             22.95
1 Badoit Water         10.00
1 Prunotto GL 5oz      14.00
1 GL CS Mondavi        18.00
1 PETALUMA CHICKEN     37.95
1 Filet 10oz           62.95

Subtotal      165.85
Tax        13.68
Total      179.53

Gratuity is not included.

The guide below is provided
for your convenience.

18% - 29.85
19% - 31.51
20% - 33.17

*********************************
CAESARS REWARDS

CAESARS REWARDS#:_____

This transaction of $165.85
earns 165.85 TIER CREDITS

Present your Caesars Rewards card
with payment or enroll now at
www.Caesars.com/signup
and write your number above
to receive Credits

CGL_000185



# Panda Express #0621

### LAS VEGAS, NV
### (702)507-9675

12/2/2019   12:21:05 PM          -TO GO-
Order: 236014           Server: Manuela C

1 Plate                               8.30
    CHOW MEIN-1/2
    FRIED RICE-1/2
    ORANGE CKN
    HNY WLT SHRIMP                    1.25
1 DASANI 16 OZ                        1.90

            SubTotal                 11.45
            TAX                       0.94
            Total                    12.39

            Cash                     20.00
            Change                    7.61

************************************
X                                        X
X     FREE ENTREE ITEM!                  X
X   Tell us about your visit and         X
X  receive a free entree item on us.     X
X      See back for details.             X
X                                        X
X         Survey Code:                   X
X    1209-3601-2214-0062-1212-09         X
************************************

        Questions or Comments?
        pandaexpress.com/connect

CGL_000186

# MGM Resorts Int.
## 111 East Harmon Ave
## Las Vegas, 89109

MRP3          12/03/19 16:28
Receipt 079105


Short-term parking tkt
MIRA - No. 043838
12/03/19 10:32
12/03/19 16:28
Period 0d5h57'

                              $15.00

Sub Total                     $15.00
Ust.                           $0.00
----------
Total                         $15.00

Payment Received
CARD          ***********0698
AUTHORIZATION          AO6DND
PURCHASE          USD15.00
              APPROVED

      All Amounts in USD.
Deliv. Date=Receipt Date

0E5DE10CC - 1/1

CGL_000187

# SANDWICHES, PANINI
## & PRESSES



LUCKY LUX CLUB

### REUBEN PANINI
orned beef hero on rye
etween a grill & a hard place
13

### OLINA CHEESESTEAK
et burnt ends, b&b pickles,
pers, bourbon maple onions,
heddar cheese sauce
13

### EAK FAJITA TACOS
asada, caramelized onions,
os, guacamole, pico de gallo
12

### FISH TACOS
beer-battered cod,
ntro-lime slaw, avocado
12

```
12/3/2019                    8:59
===============================
            PA - Cafe
Check:  16380340    Table: 1
|||||||||||||||||||||||||||

Server: Louis         Guests: 2
Terminal: 1638
===============================
          Regular
  1 Brekfst Sandwich     13.00
    To Go [1.00]
  1 Cheesesteak          14.00
    Waffle Fries
    To Go [1.00]

        Subtotal         27.00
             Tax          2.23
           Total         29.23


+ Gratuity     _____


= Total        _____


_____
Room Number

_____
Print Name

_____
Signature


Suggested Gratuity:
15% -  4.05
18% -  4.86
20% -  5.40
```



R

pickles

### HEESEBURGER*
assic double stack
an cheeseburger, lettuce,
tomato, onion
12

### AST BACON BURGER*
quarter pound patties,
egg, bacon, cheddar,
tuce, tomato, onion
13

### GAN BURGER
ant-based burger,
gan burger spread,
uce, tomato, onion
13

CGL_000188

12/04/19                    20:11
              SALES DRAFT

              Palms Casino
         4321 W. Flamingo Road
         Las Vegas, NV 89103
              (702)942-7777

MERCH ID: 1495745001
CASHIER: Joseph
TERMINAL: 163

              Master Card

NAME:        DENNY/GORDON
NUMBER:      XXXXXXXXXXXXX0698
EXPIRE:      XX/XX
AUTH:        APKGVS
AMOUNT:      43.30

CHECK:       16380449
TABLE:       110

TOTAL:       43.30

GRATUITY: $6.00

TOTAL: $49.30

I agree to pay above total
amount according to my card
issuer agreement.

X _____
SIGNATURE

              Merchant Copy

CGL_000189

12/04/19                    17:43
          SALES DRAFT

          Palms Casino
      4321 W. Flamingo Road
      Las Vegas, NV 89103
          (702)942-7777

MERCH ID: 1570896008
CASHIER:  QUING
TERMINAL: 160

          Master Card

NAME:        /
NUMBER:      XXXXXXXXXXXXX0698
EXPIRE:      XX/XX
AUTH:        AF63DH
AMOUNT:      42.22

CHECK:       16021304
TABLE:       4

TOTAL:       42.22

GRATUITY:    $5

TOTAL:       $47.22

I agree to pay above total
amount according to my card
issuer agreement.

X
SIGNATURE

          Merchant Copy

**APPLEBEE'S**
NEIGHBORHOOD GRILL & BAR
1635 W. Craig Rd.
Las Vegas, Nevada, 89030
702-657-6483

**DESTINY O**              **TB#40**
DATE: 12-05-19 TIME: 11:49 PM GUESTS: 1
Check #:8273-1927559

--------------------------------------

SOURCE: POS
CARD TYPE: MASTERCARD
CARD NUMBER: ************0698
APPROVAL CODE: ACEKTC
Merchant ID: 95716
Trans Type: AUTH

AID: A000000041010
TVR: 0020008000
TSI: E800
AC: 3DCBE0149CA54004
ARC: 00

Amount:           36.77

Tip:      $6.00

Total:    $42.77

X _____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Gratuity Examples
15 % Tip = $5.52
18 % Tip = $6.62
20 % Tip = $7.35

** Merchant Copy **

CGL_000191

12/06/19                          13:23
          SALES DRAFT

          Palms Casino
      4321 W. Flamingo Road
      Las Vegas, NV 89103
         (702)942-7777

MERCH ID: 1495745001
CASHIER: Britni
TERMINAL: 163

          Master Card

NAME:        DENNY/GORDON
NUMBER:      XXXXXXXXXXXXX0698
EXPIRE:      XX/XX
AUTH:        AZMUK5
AMOUNT:      28.15

CHECK:       16380624
TABLE:       1

TOTAL:       28.15

GRATUITY:    $4

             $32.15
TOTAL:

I agree to pay above total
amount according to my card
issuer agreement.

X _____
  SIGNATURE

          Merchant Copy

CGL_000192

```
                Bourbon Street
12/7/2019                        22:46
=======================================
                  BS 144
Check: 1441953
Server: Cedric
Terminal: 144
=======================================
              B CS Clark
    1 Grilled Chicken       6.99
   51 Token                 0.00
      @ 0.00
    2 Chicken Wings        11.98
      @ 5.99
    2 Seasoned Fries        7.98
      @ 3.99
    1 Dreamsicle            7.99
    1 Cadillac Mango        7.99
    1 Mango Splash          7.99

         Subtotal          50.92
              Tax            4.20
              Tip            5.00
            Total           60.12


MasterCard (EMV)                60.12
   XXXXXXXXXXXXX0698 - DENNY/GORDON
         Debit Mastercard
   CVM: Verified by PIN
   Entry Mode: Chip
   Auth Mode: Issuer
   AID: A0000000041010
   TVR: 0000008000
   IAD: 0614677203040004B0B96470F7445AE7
28C41040BC237C5C5D2600C3
   TSI: E800
   ARC: 00

        GRAND TOTAL             60.12

========================================
T144 C14573 12/7/2019 22:51
========================================
        Thank you for visiting
            Bourbon Street!
```

```
12/07/19                    18:02
            SALES DRAFT

            Palms Casino
      4321 W. Flamingo Road
      Las Vegas, NV 89103
          (702)942-7777

MERCH ID: 1495745001
CASHIER: Christ
TERMINAL: 163

            Master Card

NAME:      DENNY/GORDON
NUMBER:    XXXXXXXXXXXX0698
EXPIRE:    XX/XX
AUTH:      ACSBLB
AMOUNT:    21.65

CHECK:     16380742
TABLE:     1

TOTAL:     21.65
```

GRATUITY:   $3

TOTAL:      $24.65

I agree to pay above total
amount according to my card
issuer agreement.

X_____
  SIGNATURE

            Merchant Copy

CGL_000194

```
12/07/19                    09:10
              SALES DRAFT

              Palms Casino
        4321 W. Flamingo Road
        Las Vegas, NV 89103
           (702)942-7777

MERCH ID: 1495745001
CASHIER: FLORIS
TERMINAL: 163

              Master Card

NAME:        DENNY/GORDON
NUMBER:      XXXXXXXXXXXX0698
EXPIRE:      XX/XX
AUTH:        AKBDLZ
AMOUNT:      24.90

CHECK:       16380702
TABLE:       1

TOTAL:       24.90


GRATUITY:    $4

TOTAL:       $28.90


I agree to pay above total
amount according to my card
issuer agreement.


X
  SIGNATURE


              Merchant Copy
```

CGL_000195



£**42**.23

$55.34 USD

# The Ups Store #7138

**4321 West Flamingo Road, Las Vegas, Nevada, 89103, USA**

Sunday 8th December 2019, 20:00

The exchange rate was £1 = $1.31



 Add notes and #tags

 Add receipt

 Add to Shared Tab
A simple way to manage shared expenses

 Split this bill
Instantly get paid back by your friends

Subscription

Repeating payment
We'll predict this for you in Summary




17:49

content://com.google.android.gm.s    40



```
                                                        12/08/2019
                                                        11:25:12
                                                        CI:
MOSANCH
                                                        CO:
MDANTO
GORDON
DENNY                              Wing/Room T2    11215

UK
PASS#522856188                          No
Party  1
                                           Resv
No   437802315116
LONDON          GB12345                    Page 1     12/08/2019
                                           Arrival    11/29/2019
                                           Departure 12/08/2019
                                           Bill
code
                                           Group      WEXL19
```

                        Thank you
for staying with us

| DATE | REFERENCE | DESCRIPTION | $ CHARGES |
|------|-----------|-------------|-----------|
| 11/29/2019 | 457499108826 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 11/30/2019 | 457995108721 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/01/2019 | 457999108558 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/02/2019 | 458009108515 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/03/2019 | 458019108681 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/04/2019 | 458029108913 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/05/2019 | 458039109176 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/06/2019 | 458049109188 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/07/2019 | 458059109065 | RESORT FEE | 44.22 |
| | | *** RESORT FEE | |
| | | $39+TAX) $4 | |
| 12/08/2019 | 458064317059 | FRONT DESK VISA | -397.98 |
| | | ************8595 | |
| | | SUMMARY OF CHARGES | |
| | | HOTEL | 353.00 |
| | | TAXES | 44.98 |

                Balance Due
                .00

To discuss the contents of this folio,
please contact our accounts receivable
department at (702)942-7777 ext. 6975

CGL_000197

19:46

← Trip details

Need help with this trip?

### Change star rating

I want to change my driver's rating.

Edit rating

### Switch paym...

I want to switc...
method for th...

Edit payment

Help | **Receipt**

## UberX receipt

| | |
|---|---|
| Fare | £32.49 |
| Subtotal | £32.49 |
| Clean air fee | £2.25 |
| Central London Fee | £1.00 |
| Total | £35.74 |

| | |
|---|---|
| PayPal - gordondenny@hotmail.co.uk | £35.74 |

09/12/19, 19:26

← Trip details

Change star rating

I want to change my driver's rating.

Edit rating

Switch paym

I want to switc
method for th

Edit payment

Help                    **Receipt**

UberX receipt

| | |
|---|---|
| Fare | £36.32 |
| Subtotal | £36.32 |
| Central London Fee | £1.00 |
| LHR airport parking charge | £5.20 |
| Clean air fee | £2.84 |
| Total | £45.36 |

PayPal - gordondenny@hotmail.co.uk    £45.36
09/12/19, 16:11