# EXHIBIT 6

## Accident Incident Report

## ACCIDENT / INCIDENT REPORT

**RENTER INFORMATION (CUSTOMER)**

NAME: GORDON DENNY

ADDRESS: 5 blue fin, 110 Southwark St

CITY, STATE: LONDON SE1 0SU

EMAIL: gordon.denny@canonical.com

PHONE: 07903 479521

VEHICLE USE: ☑ BUSINESS   ☐ PERSONAL
(IF BUSINESS PLEASE LIST NAME OF COMPANY)
Canonical

OPERATOR (DRIVER): GORDON DENNY

INSURANCE COMPANY INFO: Avis Ldw

**RENTAL VEHICLE INFORMATION**   (VEX)

MVA: 90152182

PLATE:              STATE: NV

MAKE/MODEL: CRYSTALER 300

RA#: 496982592

NAME OF PERSON COMPLETING FORM (Please print):
GORDON DENNY

RENTER SIGNATURE                DATE
Gd                              11/30/19

**INCIDENT DETAILS**

DATE OF INCIDENT: 11/30/19

TIME OF INCIDENT: 04:30 am   AM/PM

CITY/STATE/PROVIDENCE: NV, Las Vegas

WERE POLICE CALLED?   ☑ YES   ☐ NO
IF YES, PLEASE PROVIDE POLICE DEPT / RPT#:

OTHER VEHICLES INVOLVED:   ☑ YES   ☐ NO
IF YES, PLEASE PROVIDE:
OWNER/DRIVER NAME: RONALD CARPENTER
CONTACT PHONE #:
ADDRESS: 3110 MOULTON CT
CITY/STATE/ZIP CODE: HENDERSON, NV 89074
YR/MAKE/MODEL: NISSAN ALT
INSURANCE INFORMATION:

WAS ANYONE INJURED?   ☐ YES   ☑ NO
IF YES, PLEASE PROVIDE:
PARTY INJURED:
CONTACT INFO:

☐ RENTAL VEHICLE STRUCK IN REAR
☐ OTHER VEHICLE(S) STRUCK IN REAR
☑ INTERSECTION COLLISION
☐ PARKING LOT COLLISION/ INCIDENT
☐ PARKED & UNOCCUPIED
☐ TIRE   ☐ GLASS
☐ OTHER (PLEASE PROVIDE DESCRIPTION):

TO CONTACT US:
TOLL FREE: AVIS 866-446-8376   BUDGET 800-551-5998
EMAIL: fru.claimsetup@avisbudget.com

FAX #'s - (AVIS) 720-479-4034 (BUDGET) 407-850-4743        DEF000 (15/16)