# EXHIBIT 8

**Excerpts of Trooper Black's Deposition Transcript**

Case 2:23-cv-00208-RFB-NJK    Document 40-8    Filed 12/15/23    Page 2 of 5

Trooper Christopher Black                    Ronald Carpenter, Jr. v. Gordon Denny, et al.

```
                                                              Page 1
 1                        DISTRICT COURT

 2                      CLARK COUNTY, NEVADA

 3

 4   RONALD CARPENTER, JR., an      )
     individual,                    )
 5                                  )
            Plaintiff,              )
 6                                  ) CASE NO.:  A-20-815402-C
        vs.                         ) DEPT NO.:  IV
 7                                  )
     GORDON DENNY, an individual;   )
 8   PV HOLDING CORP. dba AVIS      )
     CAR RENTAL, a foreign          )
 9   corporation; DOES I through    )
     V, inclusive; and ROE          )
10   CORPORATIONS I through V,      )
     inclusive,                     )
11                                  )
            Defendants.             )
12   _____)

13

14

15

16

17

18   VIDEOCONFERENCE DEPOSITION OF TROOPER CHRISTOPHER BLACK

19              Taken on Monday, October 25, 2021

20                      At 8:32 a.m.

21

22

23

24
     Reported by:  Blanca I. Cano, CCR No. 861, RPR
25   Job No.:  45242
```

Case 2:23-cv-00208-RFB-NJK    Document 40-8    Filed 12/15/23    Page 3 of 5

Trooper Christopher Black                                Ronald Carpenter, Jr. v. Gordon Denny, et al.

**Page 2**

```
 1  APPEARANCES:
 2  For the Plaintiff:
 3           LADAH LAW FIRM, PLLC
             BY:  RAMZY P. LADAH, ESQ.
 4           517 South Third Street
             Las Vegas, Nevada 89101
 5           (702) 252-0055
 6  For the Defendants:
 7           PYATT SILVESTRI
             BY:  ROBERT P. MOLINA, ESQ.
 8           701 Bridger Avenue
             Suite 600
 9           Las Vegas, Nevada 89101
             (702) 383-6000
10
    For the Intervenor:
11
             RESNICK & LOUIS, P.C.
12           BY:  GARY R. GUELKER, ESQ.
             222 Main Street
13           Fifth Floor
             Salt Lake City, Utah 84101
14           (801) 960-3655
15
                 * * * * *
```

**Page 3**

```
 1              I N D E X
 2  WITNESS:  TROOPER CHRISTOPHER BLACK
 3  EXAMINATION                         PAGE
 4    BY MR. LADAH                      5, 52
      BY MR. MOLINA                     22
 5
 6            E X H I B I T S
 7  NUMBER                              MARKED
 8  EXHIBIT 1   Photographs; PLTF0573 - PLTF0588   17
 9  EXHIBIT 2   Voluntary Statement; PLTF0572      17
10  EXHIBIT 3   Traffic Crash Report;              54
                PLTF0566 - PLTF0571
11
12              * * * * *
```

**Page 4**

```
 1       LAS VEGAS, NEVADA, MONDAY, OCTOBER 25, 2021;
 2            8:32 A.M.
 3              -oOo-
 4
 5       THE COURT REPORTER:  Good morning.  My name is
 6  Blanca Cano, Nevada Certified Court Reporter,
 7  CCR No. 861, here on behalf of Oasis Reporting Services.
 8       Today's date is Monday, October 25th, 2021.
 9  The time is approximately 8:32 a.m.
10       This is the deposition of Chris Black in the
11  matter of Ronald Carpenter, Jr., versus Gordon Denny,
12  et al., venued in the District Court of the State of
13  Nevada for the County of Clark.  Case number is
14  A-20-815402-C.
15       At this time I will ask counsel to identify
16  themselves, state whom they represent, and agree on the
17  record that there's no objection to this deposition
18  officer administering a binding oath to the witness
19  through remote videoconferencing.  If no objection is
20  stated, we will proceed forward with the agreement of
21  all counsel.
22       We will begin appearances with the noticing
23  attorney.
24       MR. LADAH:  Ramzy Ladah for plaintiff.  No
25  objection.
```

**Page 5**

```
 1       MR. MOLINA:  Robert Molina for defendants.  No
 2  objection.
 3       MR. GUELKER:  Gary Guelker for intervening
 4  party, Allstate Insurance.  No objection.
 5
 6  Thereupon,
 7       TROOPER CHRISTOPHER BLACK,
 8  was called as a witness, and having been first duly
 9  sworn, was examined and testified as follows:
10
11            EXAMINATION
12  BY MR. LADAH:
13  Q.  Good morning.
14  A.  Good morning.
15  Q.  Please state and spell your name for the
16  record.
17  A.  Trooper Christopher Black,
18  C-h-r-i-s-t-o-p-h-e-r, B-l-a-c-k.
19  Q.  Trooper, have you had your deposition taken
20  before?
21  A.  I have not.
22  Q.  Okay.  I'm going to go over some ground rules
23  just to make sure the deposition goes smoothly.  Okay?
24  A.  Okay.
25  Q.  The first rule is the court reporter is taking
```



Case 2:23-cv-00208-RFB-NJK   Document 40-8   Filed 12/15/23   Page 4 of 5

Trooper Christopher Black                        Ronald Carpenter, Jr. v. Gordon Denny, et al.

**26**

1  Q.  Okay.  The person to the female's right, is
2  that a paramedic?
3  A.  A member of the fire department, I would say.
4  Q.  Okay.  Now, there's a person to that person's
5  right wearing a reflective vest and sort of looking
6  towards the camera.
7     Do you know who that is?
8  A.  Not specifically.  A member of the fire
9  department.
10  Q.  Okay.  Do highway patrolmen wear reflective
11  vests like that?
12  A.  Yes.
13  Q.  Okay.  But -- and so that's a fire department
14  person rather than a highway patrol person?
15  A.  I would say that they are, yes.
16  Q.  Okay.  What do you base that on?
17  A.  The baseball cap.  Not a lot of troopers wear
18  baseball caps.
19  Q.  Okay.  And so the person who is to the far
20  right, the first -- I'm sorry, the fifth person in the
21  photo, is that then also a paramedic or firefighter?
22  A.  I believe so, a member of the fire department.
23  I don't see any duty belt below the reflective vest.
24  Q.  Okay.  Now, going back, then, to photo 578,
25  that person in the reflective vest is wearing a baseball

**27**

1  hat; correct?
2  A.  Correct.
3  Q.  All right.  So does that indicate to you that
4  this person's likely a paramedic or a firefighter or is
5  this a highway patrol person?
6  A.  They may be either.
7  Q.  Okay.  All right.  I'm going to sort of walk
8  you through your report.
9     In your report, if you were to have gone to the
10  accident scene and actually looked where the accident
11  took place, is there somewhere that that would be noted?
12  A.  If I went to the scene?
13  Q.  Correct.
14  A.  It would be noted in the narrative that I
15  returned to the scene of the crash.
16  Q.  Okay.  And so did you actually go to the scene
17  of the crash?
18  A.  I can't say for sure.  I would have had to have
19  driven through it at least to verify that there were no
20  other vehicles there or no other people there prior to
21  going to the second location where the photos were taken
22  and the vehicles were located.
23  Q.  All right.  And so would your opinions as to
24  what happened in the accident be based at all upon your
25  review of the accident scene?

**28**

1  A.  If I had been there, yes.
2  Q.  All right.  If there were skid marks, is there
3  a part of your accident report where you would note
4  where skid marks were located and the length of such?
5  A.  There is a page available for a diagram which
6  is where that would be noted, but that is not included
7  in my report.
8  Q.  All right.  And the diagram is something that
9  you would fill out or do you have the witnesses fill
10  out?
11  A.  A diagram is typically filled out by our fatal
12  team using a computer program.  They take measurements
13  using a laser on scene.  It's typically for very high
14  profile or fatal crashes.  And they would complete the
15  diagram using their software.
16  Q.  Okay.  On the bottom of page 1 of your report,
17  it indicates that this report was reviewed by Stephen
18  Huffaker.
19  A.  Correct.
20  Q.  Who is Stephen Huffaker?
21  A.  He was my sergeant at the time, my direct
22  supervisor.
23  Q.  Okay.  And when you say he "was" the sergeant,
24  is he no longer with the patrol or do you just have a
25  different supervisor?

**29**

1  A.  He is currently still with the highway patrol.
2  He works out in Pahrump now.  He's not my direct
3  supervisor in Las Vegas.
4     THE COURT REPORTER:  May I have the spelling
5  for your supervisor, his last name.
6     THE WITNESS:  The spelling of the last name is
7  H-u-f-f-a-k-e-r.
8  BY MR. MOLINA:
9  Q.  By any chance, do you know, was Stephen
10  Huffaker previously a judge?
11  A.  I'm unaware of what he did prior to the highway
12  patrol.
13  Q.  All right.  Now, looking at page 1 of the State
14  of Nevada Traffic Crash Report, sort of in the lower
15  right-hand corner there is a section that says, "Law
16  enforcement present."
17     And what type of law enforcement is that --
18  does that refer to?
19  A.  That refers to work zones.  That section is
20  only completed if the crash occurs in a work zone or
21  construction zone.
22  Q.  Okay.  Before we get to your narrative, I want
23  to go to page 3 of the report.  Under the name of the
24  driver, Gordon James Denny, a couple of lines down,
25  there's indication of an OLN.



Case 2:23-cv-00208-RFB-NJK    Document 40-8    Filed 12/15/23    Page 5 of 5

Trooper Christopher Black                Ronald Carpenter, Jr. v. Gordon Denny, et al.

54

1  MR. LADAH: It was not. Do you want to just
2 attach it as Exhibit 3?
3  MR. MOLINA: I just wanted to make sure I
4 didn't miss it in my notes.
5  MR. LADAH: We'll attach it as Exhibit 3.
6    (Exhibit 3 was marked.)
7   (The proceedings concluded at 10:00 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

55

1              REPORTER'S CERTIFICATE
2  STATE OF NEVADA )
                  ) ss:
3  COUNTY OF CLARK )
4       I, Blanca I. Cano, CCR No. 861, RPR, do hereby
   declare:
5       That I reported the taking of the deposition of
   TROOPER CHRISTOPHER BLACK, commencing on Monday, October
6  25, 2021.
7       That prior to being examined, the witness was
   by me duly sworn to testify the truth, the whole truth,
8  and nothing but the truth;
9       That I thereafter transcribed my said shorthand
   notes into typewriting and that the typewritten
10 transcript of said deposition is a complete, true, and
   accurate record of testimony provided by the witness at
11 said time to the best of my ability.
12      I further certify (1) that I am not a relative,
   employee, or independent contractor of counsel of any of
13 the parties; nor a relative, employee or independent
   contractor of the parties involved in said action; nor a
14 person financially interested in the action; nor do I
   have any other relationship with any of the parties or
15 with counsel of any of the parties involved in the
   action that may reasonably cause my impartiality to be
16 questioned; and (2) that transcript review pursuant to
   NRCP 30(e) was not requested.
17
         IN WITNESS WHEREOF, I have set my hand in my
18 office in the County of Clark, State of Nevada, this 8th
   day of November 2021.
19
20
            _____
21            Blanca I. Cano, CCR No. 861, RPR
22
23
24
25

