**SAO**
**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN KARIMI, ESQ.**
Nevada Bar No. 13514
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD CARPENTER, JR., an individual; <br><br> Plaintiff, <br><br> vs. <br><br> GORDON DENNY, an individual; PV HOLDING CORP. dba AVIS CAR RENTAL, a foreign corporation; CANONICAL GROUP LIMITED, a foreign corporation; DOES I through V, inclusive and ROE CORPORATIONS II through V, inclusive; <br> Defendants. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Intervenor. | CASE NO.: 2:23-CV-00208-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT PV HOLDING CORP.'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT CANNONICAL GROUP LIMITED'S MOTION FOR SUMMARY JUDGMENT** |

On December 15, 2023, Defendant PV Holding Corp filed a Motion for Summary Judgment [ECF No. 37]. Responses are due by January 5, 2024.

On December 15, 2023, Defendant Canonical Group Limited also filed a Motion for Summary Judgment [ECF No. 40]. Plaintiff's response is due by January 5, 2024.

/ / /

/ / /

/ / /

*Carpenter v. Denny, et al*
Case No. 2:23-CV-00208



IT IS HEREBY STIPULATED by all parties, by and through their undersigned counsel, that the deadline for Plaintiff to file responses to ECF Nos. 37 and 40 be extended to January 16, 2024.

DATED this 27th day of December, 2023.   DATED this 27th day of December 2023.

**LADAH LAW FIRM**                        **PYATT SILVESTRI**

*/s/ Ramzy P. Ladah*                      */s/ Robert P. Molina*
_____               _____
RAMZY P. LADAH, ESQ.                      ROBERT P. MOLINA, ESQ.
Nevada Bar No. 11405                      Nevada Bar No. 6422
517 S. Third Street                       701 Bridger Avenue, Suite 600
Las Vegas, NV 89101                       Las Vegas, NV 89101
*Attorneys for Plaintiff*                 *Attorneys for Defendants*
                                          *Gordon Denny and PV Holding Corp.*

DATED this 27th day of December 2023.     DATED this 27th day of December 2023.

**FENNEMORE CRAIG, P.C.**                 **RESNICK & LOUIS, P.C.**

 */s/ Wade Beavers*                        */s/ Gary R. Guelker*
_____               _____
SHANNON S. PIERCE, ESQ.                   GARY R. GUELKER, ESQ.
Nevada Bar No. 12471                      Nevada Bar No. 10603
WADE BEAVERS, ESQ.                        8925 W. Russell Rd., Suite 220
Nevada Bar No. 13451                      Las Vegas, NV 89148
7800 Rancarrah Parkway                    *Attorneys for Intervenor*
Reno, NV 89511                            *Allstate Insurance Company*
*Attorneys for Defendant*
*Canonical Group Limited*

**IT IS SO ORDERED.**

Dated: <u>December 28, 2023</u>

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE