# EXHIBIT A

# EXHIBIT A

```
 1                      DISTRICT COURT

 2                   CLARK COUNTY, NEVADA

 3

 4

 5   RONALD CARPENTER, J., an      )
     individual,                   )
 6                                 )
                    Plaintiff,     )
 7                                 )
             vs.                   ) Case No.
 8                                 ) A20-815402
                                   )
 9   GORDON DENNY, an individual;  )
     PV HOLDING CORP. dba AVIS CAR )
10   RENTAL, a foreign corporation,)
     et al.,                       )
11                                 )
                    Defendants.    )
12   _____)
     ALLSTATE INSURANCE COMPANY,   )
13                                 )
                    Intervenor.    )
14   _____)

15

16

17       VIDEOCONFERENCE DEPOSITION OF GORDON DENNY

18                THURSDAY, AUGUST 24, 2023

19

20

21

22

23

24   REPORTED BY:  KATHERINE M. SILVA, CCR #203
     LST JOB NO:   1013384-A
25
```

Page 27

| | | |
|---|---|---|
| 13:05:23 | 1 | A. Yeah, I've never had that before. |
| 13:05:24 | 2 | Q. Okay. Do you think you could have |
| 13:05:26 | 3 | submitted an expense that was completely |
| 13:05:29 | 4 | unconnected to your work that Canonical would not |
| 13:05:31 | 5 | have paid under this policy? |
| 13:05:32 | 6 | A. No. |
| 13:05:34 | 7 | Q. You think you could have submitted any |
| 13:05:36 | 8 | expense and they would have paid it? |
| 13:05:38 | 9 | A. Well, no. If the expense made sense, |
| 13:05:44 | 10 | then they would pay it. If it doesn't, then they |
| 13:05:46 | 11 | probably would not pay it. |
| 13:05:48 | 12 | Q. When would an expense not make sense |
| 13:05:50 | 13 | under this policy? |
| 13:05:50 | 14 | A. If I went out and bought got some |
| 13:05:54 | 15 | clothes or something. |
| 13:05:54 | 16 | Q. So a personal expense? |
| 13:05:55 | 17 | A. Yeah. |
| 13:05:57 | 18 | Q. Like football tickets, do you think you |
| 13:05:59 | 19 | could expense those if it was just you and your |
| 13:06:02 | 20 | buddies hanging out? |
| 13:06:04 | 21 | A. No. Unless it was, like, I'm going |
| 13:06:08 | 22 | with a candidate or something. |
| 13:06:10 | 23 | Q. Yes, yes. I do this a little bit, too, |
| 13:06:12 | 24 | I get how it works. |
| 13:06:14 | 25 | But there's a line where it's personal |

Page 28

```
13:06:15   1   expense and Canonical probably wouldn't reimburse
13:06:18   2   you for that under this policy?
13:06:21   3        A.   Yes.
13:06:23   4        Q.   I'm going to show you another document
13:06:27   5   and we've talked about you -- in your prior
13:06:30   6   testimony you did have a memory of the dates of
13:06:32   7   the accident that's the subject this lawsuit.
13:06:35   8             Do you recall about when the accident
13:06:37   9   occurred as you sit here today?
13:06:39  10             Do you still remember the dates?
13:06:42  11        A.   Dates?  I don't remember the date.  I
13:06:52  12   don't remember that.
13:06:52  13        Q.   I was just curious if you still
13:06:56  14   remembered as well today as you did in 2021 but
13:06:58  15   I'm going to show you another document and this
13:07:01  16   actually relates to a different period of time
13:07:05  17   and I'll ask this be marked as Exhibit 3.
          18
          19
          20
          21             CONFIDENTIAL PORTION
          22
          23
          24
          25
```

Page 37

| | | |
|---|---|---|
| 13:17:10 | 1 | and you could tell them what you need? |
| 13:17:12 | 2 | A.    Yes. |
| 13:17:17 | 3 | Q.    And would you usually have some say |
| 13:17:21 | 4 | over what your dates of travel would be? |
| 13:17:23 | 5 | Is that something that you would pick |
| 13:17:25 | 6 | or is that something Canonical would tell you, |
| 13:17:27 | 7 | you are flying out on the 14th, you are coming |
| 13:17:29 | 8 | back on the 17th or would you have some exercise |
| 13:17:31 | 9 | or discretion as to what your travel dates were? |
| 13:17:35 | 10 | A.    No.  It's more up to Canonical the |
| 13:17:40 | 11 | majority of it were.  You know, they discussed |
| 13:17:45 | 12 | with me and I just try and find out what makes |
| 13:17:49 | 13 | the most sense.  Ultimately, it is their |
| 13:17:54 | 14 | decision. |
| 13:17:54 | 15 | Q.    So would you run your dates of travel |
| 13:17:59 | 16 | by Canonical before you called up the travel |
| 13:18:02 | 17 | agency and gave them the dates? |
| 13:18:03 | 18 | Would you work out with Erica or |
| 13:18:05 | 19 | whoever your supervisor was whatever your travel |
| 13:18:08 | 20 | dates would be? |
| 13:18:09 | 21 | A.    Yes. |
| 13:18:16 | 22 | Q.    And do you remember about -- |
| 13:18:20 | 23 | Do you remember how Canonical would |
| 13:18:23 | 24 | handle your hotel stays? |
| 13:18:30 | 25 | A.    The same way. |

Page 84

| | | |
|---|---|---|
| 14:18:10 | 1 | things without getting Canonical's permission? |
| 14:18:15 | 2 | A.   Yes. |
| 14:18:31 | 3 | Q.   Back to this calendar.  I forgot to |
| | 4 | ask. |
| 14:18:35 | 5 | Why didn't you fly in on Friday the |
| 14:18:37 | 6 | 29th? |
| 14:18:38 | 7 | We talked about how you could have made |
| 14:18:40 | 8 | it on time for the conference if you flew in the |
| 14:18:44 | 9 | 30th, but why the 29th? |
| 14:18:46 | 10 | Is that a date that you picked? |
| 14:18:47 | 11 | A.   No, Erica picked it.  She thought I |
| 14:18:52 | 12 | needed a bit of time to adjust to the changing |
| 14:18:56 | 13 | time.  So she often picked a couple days before. |
| 14:19:01 | 14 | Q.   And as we talked about, it's kind of |
| 14:19:05 | 15 | expected that you can spend some personal time. |
| 14:19:07 | 16 | If you have down time, you are |
| 14:19:09 | 17 | permitted to do that without Canonical's |
| 14:19:11 | 18 | permission? |
| 14:19:12 | 19 | A.   Yeah, I'm not restricted on where I go. |
| 14:19:29 | 20 | Q.   Okay.  So I'm going to go back to your |
| 14:19:31 | 21 | transcript and just walk you through a last |
| 14:19:37 | 22 | couple of things and this is -- these are |
| | 23 | questions that Mr. Ladah asked you and I just |
| 14:19:37 | 24 | want to make sure we are getting your best |
| 14:19:39 | 25 | testimony on this stuff. |

Case 2:23-cv-00208-RFB-NJK   Document 43-1   Filed 01/05/24   Page 7 of 11

GORDON DENNY - 08/24/2023

Page 117

```
14:59:59   1              MR. KARIMI:  Okay.  Great.
15:00:00   2              I have no further questions.
15:00:01   3              Thank you, sir, and Chelsea is a better
15:00:04   4   team for the record.
15:00:10   5              THE WITNESS:  Definitely not.
15:00:10   6              MR. GUELKER:  And, Wade, could you
15:00:11   7   remove your screen sharing there?
15:00:13   8              MR. BEAVERS:  Sorry, I forgot.
           9              MR. GUELKER:  No worries.
          10                         EXAMINATION
          11   BY MR. GUELKER:
15:00:17  12              Mr. Denny, my name is Gary Guelker and
15:00:20  13   I just have a few follow-up questions for you
15:00:23  14   here as soon as Wade takes that off so I can see
          15   a little better.  Thank you.
15:00:24  16              And I'm sorry, I have a cold.  So if
15:00:26  17   you can't hear me, just have me speak up.
15:00:30  18              I'm going to go back to the decision to
15:00:32  19   have you fly in on a Friday for the convention.
15:00:36  20   I believe you said somebody else made the
15:00:38  21   decision to have you fly in that Friday but I
15:00:41  22   couldn't hear the name of who you testified.
15:00:43  23              Did somebody else make that decision?
15:00:45  24       A.     Erica.
15:00:46  25       Q.     Erica, okay.
```

Litigation Services, a Veritext Company   |   800-330-1112
www.litigationservices.com   |   The LIT Group 079F

Page 118

```
15:00:47   1            So that was your supervisor at
15:00:50   2   Canonical; correct?
15:00:51   3        A.   Correct, yeah.
15:00:52   4        Q.   So not only was Canonical aware that
15:00:55   5   you were going to be in Vegas the weekend before
15:00:57   6   the convention, it actually made a decision to
15:01:01   7   send you there the weekend beforehand; correct?
15:01:04   8        A.   Correct, yeah.
15:01:05   9        Q.   Okay.  And I think you said --
15:01:07  10            Well, let me just ask you again.
15:01:10  11            Do you have any understanding of why
15:01:12  12   she sent you the Friday before?
15:01:15  13        A.   She used to always send all the
15:01:19  14   recruiters a few days before just to try to get
15:01:23  15   climatized with the time differences.
15:01:24  16        Q.   Right.  That's what I thought you said
15:01:26  17   before.
15:01:27  18            So what time --
15:01:28  19            It's an eight-hour time difference
15:01:30  20   between Las Vegas and London; correct?
15:01:32  21        A.   Correct, yeah.
15:01:33  22        Q.   So it's your understanding that one of
15:01:36  23   the reasons was you were there was to help
15:01:39  24   acclimate to the new time zone and help with the
15:01:43  25   jet lag.
```

Page 119

```
15:01:43   1              Fair enough?
15:01:44   2        A.    Yeah.
15:01:44   3        Q.    Okay.  All right.  Now, you were at
15:01:48   4    this convention as a recruiter; correct, for
15:01:52   5    Canonical?
15:01:52   6        A.    Correct, yeah.
15:01:53   7        Q.    So it's fair to say that you are sort
15:01:55   8    of the face of the company when you were at that
15:01:58   9    convention trying to recruit people; correct?
15:02:01  10        A.    Yeah, correct.
15:02:02  11        Q.    Okay.  And as the face of the company,
15:02:05  12    was it important for you to have a professional
15:02:07  13    appearance while you were there?
15:02:11  14        A.    Define what you mean by professional
15:02:13  15    appearance.
15:02:14  16        Q.    Sure.
15:02:14  17              In other words, well-rested, sharp?
15:02:17  18        A.    Yeah.
15:02:18  19        Q.    Fair enough?
15:02:19  20        A.    Okay.  I thought you meant, like, a
15:02:22  21    suit or something.
15:02:23  22        Q.    No, no, no.  I'm sorry.
15:02:25  23              I just meant that you would agree that
15:02:28  24    it's better to look well rested and prepared than
15:02:32  25    haggard and tired when you are trying to recruit
```

Page 120

```
15:02:34   1   people; correct?
15:02:35   2      A.  Oh, yeah.  Definitely, yeah.
15:02:37   3      Q.  So would you agree that getting to go
15:02:39   4   Vegas early, three days early to be able to
15:02:42   5   acclimate allowed you to be more well rested and
15:02:44   6   mentally more sharp at that convention?
15:02:47   7      A.  Yeah.  I mean, if I went on a Sunday, I
15:02:52   8   would have been much wiped out.
15:02:55   9      Q.  So, in fact, it would be fair to say
15:02:57  10   that Canonical benefited by having you there on
15:03:01  11   that Friday because it allowed you to be a better
15:03:05  12   recruiter on Monday; right?
15:03:06  13          MR. BEAVERS:  Objection, form.
15:03:07  14          THE WITNESS:  I would agree with that,
15:03:09  15   yeah.
15:03:09  16      Q.  (BY MR. GUELKER)  All right.  And as we
15:03:13  17   know, Canonical paid for your meals and lodging
15:03:17  18   during this acclamation period; correct?
15:03:20  19          MR. BEAVERS:  Objection, form.
15:03:23  20          THE WITNESS:  Right.
15:03:23  21          MR. MOLINA:  Misstates testimony.
15:03:26  22      Q.  (BY MR. GUELKER) Did I misunderstood
15:03:29  23   anything there, sir?
15:03:30  24          They paid for some meals and lodging
15:03:33  25   while you were there during the acclamation?
```

Page 125

```
 1                  CERTIFICATE OF REPORTER

 2     STATE OF NEVADA      )
                            )SS
 3     COUNTY OF CLARK      )

 4          I, Katherine M. Silva, a certified court

 5     reporter, Clark County, State of Nevada, do

 6     hereby certify: That I reported remotely the

 7     deposition of the witness, GORDON DENNY,

 8     commencing on TUESDAY, AUGUST 24, 2023, at 12:38

 9     p.m.

10          That prior to being examined the witness was

11     by me duly sworn to testify to the truth. That I

12     thereafter transcribed my said shorthand notes into

13     typewriting and that the typewritten transcript

14     of said deposition is a complete, true and

15     accurate transcription of said shorthand notes.

16          I further certify that I am not a relative

17     or employee of an attorney or counsel of any of

18     the parties, nor a relative or employee of an

19     attorney or counsel involved in said action, nor

20     a person financially interested in the action.

21          IN WITNESS WHEREOF, I have hereunto set my

22     hand in my office in the County of Clark, State of

23     Nevada, this 29th day of August, 2023.

24     [signature: Katherine M. Silva]

25     _____
       Katherine M. Silva, CCR #203
```