# EXHIBIT C

# EXHIBIT C

Page 1

```
 1                    DISTRICT COURT

 2                 CLARK COUNTY, NEVADA

 3   RONALD CARPENTER, JR.,      )
     an individual;              )
 4                               ) CASE NO.:
               Plaintiff,        ) A-20-815402-C
 5                               )
     vs.                         )
 6                               )
     GORDON DENNY, an            )
 7   individual; PV HOLDING      )
     CORP. dba AVIS CAR          )
 8   RENTAL, a foreign           )
     corporation; DOES I         )
 9   through V, inclusive;       )
     and ROE CORPORATIONS I      )
10   through V, inclusive,       )
                                 )
11             Defendants.       )

12

13

14

15        VIDEOTAPED DEPOSITION OF GORDON DENNY

16               Via Videoconference

17        Taken on Friday, October 15, 2021

18                 At 8:13 a.m.

19         By a Certified Court Reporter

20                   Remotely in

21                Las Vegas, Nevada

22

23

24   Reported By:  Karen L. Jones, CCR NO. 694
     Job No.:  44365
25
```

Page 25

```
 1   18th?
 2       A.      Sorry?
 3       Q.      You didn't drink at all the night of the
 4   18th?
 5       A.      The 28th, you mean?
 6       Q.      Sorry.  We're on the -- I'm sorry.  The
 7   29th.  I apologize.  The 29th.
 8       A.      Yeah, no.
 9       Q.      Okay.  Roughly what time did the
10   collision that we're here to talk about today occur?
11       A.      I'm not sure of the time.
12       Q.      Okay.  Were you jet lagged at all?
13               (Crosstalk.)
14               THE REPORTER:  I'm sorry.  I didn't get
15   the answer or the objection.
16               MR. MOLINA:  The objection is vague and
17   ambiguous.
18   BY MR. LADAH:
19       Q.      Go ahead.
20       A.      Are you able to clarify?
21       Q.      Any time I fly overseas, you know,
22   there's a time change so I'm jet lagged.
23               Were you jet lagged?
24       A.      Maybe a little bit.  I wasn't tired at
25   the time.  But I had just come over from the U.K. so
```

Page 26

```
 1   I was running probably on a slightly different
 2   clock.
 3        Q.      When the collision occurred, are you
 4   saying you were not jet -- you were not tired?
 5        A.      No.
 6        Q.      You weren't sleepy at all?
 7        A.      No.
 8        Q.      But you were distracted, it sounds like?
 9        A.      No.
10        Q.      You were not distracted at all?
11        A.      No.  We had -- I had a conversation in
12   the car, but I wouldn't say that was a distraction.
13        Q.      The conversation did not distract you?
14        A.      No.
15        Q.      Okay.  It didn't distract your attention
16   from the roadway ahead of you?
17        A.      Like maybe a second, but it wasn't any
18   abnormal distraction.
19        Q.      Okay.  You took your eyes off the road,
20   though, didn't you?
21        A.      At what point are you saying that I took
22   my eyes off the road?
23        Q.      Right before the collision occurred, you
24   took your eyes off the road, didn't you?
25        A.      No.  No.  Well, before the collision
```

Page 31

```
 1      Q.      Okay.  Now, had you drank at all that
 2   day when the -- the day of collision?
 3      A.      No.
 4      Q.      You said you went down and you played
 5   some -- you gambled a little bit during the day
 6   before the crash occurred on the -- on the 30th.
 7   I'm sorry; is that correct?
 8      A.      Yes.
 9      Q.      You don't drink when you're gambling?
10      A.      No.  I'm not a big drinker.
11      Q.      Okay.  How far was this establishment
12   where you got the food from the hotel, from the
13   Palms?
14      A.      I wouldn't be able to answer that
15   positively.  It's been a while.
16      Q.      Give me an estimate of how long you
17   drove when you left the Palms and went to this
18   establishment to get the food, how long was the
19   drive?
20      A.      Right.  Well, I -- I -- I'm not even too
21   sure I came from the Palms to get the food.  But we
22   were going back from the restaurant to -- to the
23   Palms.  Like I said, I can't remember the exact
24   events of that day.  But I remember us going to get
25   some food and going back to the hotel.
```

Page 85

1                    CERTIFICATE OF REPORTER

2    STATE OF NEVADA    )
3                       )SS:
     COUNTY OF CLARK    )
4

5         I, Karen L. Jones, a duly commissioned and licensed Court Reporter, Clark County, State of
6    Nevada, do hereby certify:  That I reported the taking of the deposition of the witness, GORDON
7    DENNY, commencing on Friday, October 15, 2021 at 8:13 a.m.

8

9         That prior to being examined, the witness was, by me, duly sworn to testify to the truth.  That I
10   thereafter transcribed my said shorthand notes into typewriting and that the typewritten transcript of
11   said deposition is a complete, true and accurate transcription of said shorthand notes.

12

13        I further certify that (1) I am not a relative or employee of an attorney or counsel of any of the
14   parties, nor a relative or employee of an attorney or counsel involved in said action, nor a person
15   financially interested in the action; nor do I have any other relationship with any of the parties or
16   with counsel of any of the parties involved in the action that may reasonably cause my impartiality to
17   be questioned; and (2) that transcript review pursuant to NRCP 30(e) was requested.

18

19

20        IN WITNESS HEREOF, I have hereunto set my hand, in my office, in the County of Clark, State of
21   Nevada, this 1st day of November, 2021.

22                              *Karen L. Jones* (signature)
                                _____
23                              KAREN L. JONES, CCR NO. 694

24

25