# EXHIBIT 1

Deposition of Gordon Denny, Vol. II

# In the Matter Of:

Carpenter, Jr., Ronald vs Denny, Gordon, et al.

# GORDON DENNY

*August 24, 2023*

*Job Number: 1013384-A*

Litigation Services, a Veritext Company  |  800-330-1112
www.litigationservices.com | The LIT Group 079F

```
 1                        DISTRICT COURT

 2                     CLARK COUNTY, NEVADA

 3

 4

 5   RONALD CARPENTER, J., an       )
     individual,                    )
 6                                  )
                    Plaintiff,      )
 7                                  )
              vs.                   )  Case No.
 8                                  )  A20-815402
                                    )
 9   GORDON DENNY, an individual;   )
     PV HOLDING CORP. dba AVIS CAR  )
10   RENTAL, a foreign corporation,)
     et al.,                        )
11                                  )
                    Defendants.     )
12   _____)
     ALLSTATE INSURANCE COMPANY,    )
13                                  )
                    Intervenor.     )
14   _____)

15

16

17       VIDEOCONFERENCE DEPOSITION OF GORDON DENNY

18              THURSDAY, AUGUST 24, 2023

19

20

21

22

23

24   REPORTED BY:  KATHERINE M. SILVA, CCR #203
     LST JOB NO:  1013384-A
25
```

```
 1              VIDEOCONFERENCE DEPOSITION OF GORDON

 2    DENNY, on THURSDAY, AUGUST 24, 2023 at 12:38

 3    p.m., before Katherine M. Silva, Certified Court

 4    Reporter, in and for the State of Nevada.

 5

 6    APPEARANCES:

 7    For the plaintiff:

 8                    LADAH LAW FIRM
                      BY:  ADRIAN KARIMI, ESQ.
 9                    517 South Third Street
                      Las Vegas, Nevada 89101
10
      For Canonical Group
11    Limited:

12                    FENNEMORE CRAIG, PC.
                      BY:  WADE BEAVERS, ESQ.
13                    7800 Rancharrah Parkway
                      Reno, Nevada 89511
14
      For Gordon Denny and
15    Avis Car Rental:

16                    PYATT SILVESTRI
                      BY:  ROBERT P. MOLINA, ESQ.
17                    701 Bridger Avenue
                      Suite 600
18                    Las Vegas, Nevada 89101

19    For Allstate Insurance
      Company:
20
                      RESNICK & LOUIS, P.C.
21                    BY:  GARY R. GUELKER, ESQ.
                      8925 West Russell Road
22                    Suite 220
                      Las Vegas, Nevada 89148
23

24

25
```

```
                                                              Page 3
1                    I   N   D   E   X

2   Witness:  GORDON DENNY

3   EXAMINATION                        PAGE

4      BY:  Mr. Beaver              6, 121

5           Mr. Karimi                104

6           Mr. Guelker              117

7

8

9

10

11

12            E   X   H   I   B   I   T   S

13   NUMBER           DESCRIPTION             PAGE

14   Exhibit 1        Transcript              15

15   Exhibit 2        Employment contract     15

16   Exhibit 3        Expensify report        28

17   Exhibit 4        Expensify report        54

18   Exhibit 5        Accident report         63

19   Exhibit 6        Responses               90

20

21

22

23

24

25
```

GORDON DENNY - 08/24/2023

Page 18

1
2
3
4
5
6
7    CONFIDENTIAL PORTION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GORDON DENNY - 08/24/2023

Page 20

| | | |
|---|---|---|
| 12:55:49 | 1 | work for Canonical and a lot of interaction with |
| 12:55:51 | 2 | potential candidates to come work for Canonical |
| 12:55:55 | 3 | and I think you mentioned part of that sometimes |
| 12:55:57 | 4 | would be going to events. |
| 12:56:00 | 5 | Could you tell me a little bit more |
| 12:56:02 | 6 | about that? |
| 12:56:02 | 7 | A. Yeah, I went to numerous events where |
| 12:56:06 | 8 | sometimes we had a stall, sometimes we didn't |
| 12:56:09 | 9 | have a stall, but it was the same, speak to as |
| 12:56:17 | 10 | many people as possible, find out what they do, |
| 12:56:19 | 11 | exchange cards, tell them to come work for |
| 12:56:25 | 12 | Canonical. Basically just trying to stir up |
| 12:56:29 | 13 | their interest, basically, of any kind. |
| 12:56:33 | 14 | Q. Find people who are also attending the |
| 12:56:35 | 15 | event and see if they might be a good fit and see |
| 12:56:38 | 16 | if they might be a good candidate to work for |
| 12:56:42 | 17 | Canonical? |
| 12:56:42 | 18 | A. Yeah. |
| 12:56:42 | 19 | Q. So did you travel pretty frequently in |
| 12:56:48 | 20 | your role as a recruiter for Canonical? |
| 12:56:51 | 21 | A. Yes. Well, depends what you mean by |
| 12:56:55 | 22 | frequently but -- |
| 12:56:55 | 23 | Q. Yeah. |
| 12:56:56 | 24 | Well, I guess, just kind of describe |
| 12:56:58 | 25 | for us how often you would travel and the places |

GORDON DENNY - 08/24/2023

Page 21

| | | |
|---|---|---|
| 12:56:58 | 1 | you would go, just everything you can remember |
| 12:57:01 | 2 | about your work travel? |
| 12:57:02 | 3 | A.   It was kind of on and off.  Sometimes I |
| 12:57:07 | 4 | traveled frequently and sometimes, like, I |
| 12:57:08 | 5 | wouldn't go for a few months.  I used to go to |
| 12:57:12 | 6 | the U.S. quite a bit. |
| 12:57:16 | 7 | The head office is in Austin -- or used |
| 12:57:21 | 8 | to be Austin, I don't know where it's at.  So I |
| 12:57:24 | 9 | used to go to Austin a fair amount. |
| 12:57:27 | 10 | I went to Orlando for an event.  I went |
| 12:57:36 | 11 | to, obviously, Vegas for an event.  I went to |
| 12:57:42 | 12 | Bratislava for -- to basically see if I can get |
| 12:57:45 | 13 | ahold of some external agencies out there, build |
| 12:57:49 | 14 | some relationships out there.  I went to -- |
| 12:58:08 | 15 | Q.   I don't need to know every trip you |
| 12:58:11 | 16 | took because I might have a record but a lot of |
| 12:58:15 | 17 | it. |
| 12:58:15 | 18 | But, I guess, is it fair to say when |
| 12:58:16 | 19 | you travel for events for the purpose of |
| 12:58:18 | 20 | recruiting that the work that you do is pretty |
| 12:58:21 | 21 | much confined to being at the event and meeting |
| 12:58:24 | 22 | people at the event and finding candidates at the |
| 12:58:27 | 23 | event. |
| 12:58:27 | 24 | Is that fair to say? |
| | 25 | (Off the written record.) |

GORDON DENNY - 08/24/2023

Page 27

| 13:05:23 | 1 | A. Yeah, I've never had that before. |
| 13:05:24 | 2 | Q. Okay. Do you think you could have |
| 13:05:26 | 3 | submitted an expense that was completely |
| 13:05:29 | 4 | unconnected to your work that Canonical would not |
| 13:05:31 | 5 | have paid under this policy? |
| 13:05:32 | 6 | A. No. |
| 13:05:34 | 7 | Q. You think you could have submitted any |
| 13:05:36 | 8 | expense and they would have paid it? |
| 13:05:38 | 9 | A. Well, no. If the expense made sense, |
| 13:05:44 | 10 | then they would pay it. If it doesn't, then they |
| 13:05:46 | 11 | probably would not pay it. |
| 13:05:48 | 12 | Q. When would an expense not make sense |
| 13:05:50 | 13 | under this policy? |
| 13:05:50 | 14 | A. If I went out and bought got some |
| 13:05:54 | 15 | clothes or something. |
| 13:05:54 | 16 | Q. So a personal expense? |
| 13:05:55 | 17 | A. Yeah. |
| 13:05:57 | 18 | Q. Like football tickets, do you think you |
| 13:05:59 | 19 | could expense those if it was just you and your |
| 13:06:02 | 20 | buddies hanging out? |
| 13:06:04 | 21 | A. No. Unless it was, like, I'm going |
| 13:06:08 | 22 | with a candidate or something. |
| 13:06:10 | 23 | Q. Yes, yes. I do this a little bit, too, |
| 13:06:12 | 24 | I get how it works. |
| 13:06:14 | 25 | But there's a line where it's personal |

GORDON DENNY - 08/24/2023

Page 28

| | | |
|---|---|---|
| 13:06:15 | 1 | expense and Canonical probably wouldn't reimburse |
| 13:06:18 | 2 | you for that under this policy? |
| 13:06:21 | 3 | A.   Yes. |
| 13:06:23 | 4 | Q.   I'm going to show you another document |
| 13:06:27 | 5 | and we've talked about you -- in your prior |
| 13:06:30 | 6 | testimony you did have a memory of the dates of |
| 13:06:32 | 7 | the accident that's the subject this lawsuit. |
| 13:06:35 | 8 | Do you recall about when the accident |
| 13:06:37 | 9 | occurred as you sit here today? |
| 13:06:39 | 10 | Do you still remember the dates? |
| 13:06:42 | 11 | A.   Dates?  I don't remember the date.  I |
| 13:06:52 | 12 | don't remember that. |
| 13:06:52 | 13 | Q.   I was just curious if you still |
| 13:06:56 | 14 | remembered as well today as you did in 2021 but |
| 13:06:58 | 15 | I'm going to show you another document and this |
| 13:07:01 | 16 | actually relates to a different period of time |
| 13:07:05 | 17 | and I'll ask this be marked as Exhibit 3. |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | CONFIDENTIAL PORTION |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Page 63

| | | |
|---|---|---|
| 13:50:17 | 1 | But I do want to get a good sense of |
| 13:50:20 | 2 | the time that the accident occurred and get a |
| 13:50:24 | 3 | sense of what happened before that accident |
| 13:50:26 | 4 | occurred and what you were doing after you flew |
| 13:50:31 | 5 | in from London. |
| 13:50:32 | 6 | And so I'm just going to show one more |
| 13:50:35 | 7 | exhibit here.  I'm going to ask that this be |
| 13:50:39 | 8 | marked as Exhibit 5 and I think you may have seen |
| 13:50:41 | 9 | this document before. |
| | 10 | (Exhibit 5 marked.) |
| 13:50:43 | 11 | Q.   (BY MR. BEAVERS) Do you see this here |
| 13:50:45 | 12 | where someone has wrote Gordon Denny? |
| 13:50:48 | 13 | A.   Yep. |
| 13:50:53 | 14 | Q.   Is this a document that you wrote? |
| 13:50:54 | 15 | A.   Yep. |
| 13:50:56 | 16 | Q.   So the only reason I got this document |
| 13:50:59 | 17 | is because I want to talk about a specific date |
| 13:51:03 | 18 | and time. |
| 13:51:03 | 19 | So 11/30/2019, 4:30 a.m. is that -- and |
| 13:51:08 | 20 | I think you testified to this last time. |
| 13:51:10 | 21 | But is that your recollection of the |
| 13:51:12 | 22 | time that this accident -- about what time the |
| 13:51:14 | 23 | accident occurred that's the subject of this |
| 13:51:19 | 24 | lawsuit? |
| 13:51:19 | 25 | A.   In all honestly, I can't actually |

GORDON DENNY - 08/24/2023

Page 64

| | | |
|---|---|---|
| 13:51:21 | 1 | remember what time the accident was. |
| 13:51:24 | 2 | Q. Do you think it was not 4:30 a.m. on |
| 13:51:28 | 3 | November 30th? |
| 13:51:29 | 4 | A. I don't have any reason to doubt it, |
| 13:51:31 | 5 | no. |
| 13:51:32 | 6 | Q. And I think also in your first |
| 13:51:36 | 7 | deposition we were kind of using that as the |
| 13:51:37 | 8 | time. |
| 13:51:38 | 9 | It seems to makes sense to me. You fly |
| 13:51:41 | 10 | in late November 29th. November 30th is a |
| 13:51:44 | 11 | Saturday, we talked about looking through the |
| 13:51:46 | 12 | calendar. |
| 13:51:47 | 13 | So this would have been early in the |
| 13:51:48 | 14 | morning the day after you flew in to Vegas. |
| 13:51:52 | 15 | Does that sound fair? |
| 13:51:52 | 16 | A. Yeah. |
| 13:51:53 | 17 | Q. Yeah. |
| 13:51:54 | 18 | And so -- and I'll just go back to your |
| 13:51:59 | 19 | transcript the first time, just looking back at |
| 13:52:01 | 20 | Exhibit 1, and we'll go down to page 27 and |
| 13:52:09 | 21 | this -- there's a lot of questions about this but |
| 13:52:11 | 22 | this is one that I think kind of frames up where |
| 13:52:15 | 23 | we are. |
| 13:52:15 | 24 | Page 27, line 2: |
| 13:52:17 | 25 | Okay. Where were you |

GORDON DENNY - 08/24/2023

Page 68

13:55:59    1          And do you still not have a good memory

13:56:03    2    of what else you did or what else you and

13:56:06    3    Ms. Williams did that night before the accident

13:56:08    4    or can you remember more as you sit here today?

13:56:12    5          A.   No, no.

13:56:23    6          Q.   When you say you left the hotel, you

13:56:24    7    left The Palms, was Ms. Williams staying at The

13:56:30    8    Palms with you?

13:56:31    9          A.   Yeah, she was staying with me.

13:56:32    10         Q.   So you guys left together to get food,

13:56:35    11   that's your memory?

13:56:36    12         A.   Yeah.

13:56:36    13         Q.   And about how long before the accident

13:56:38    14   would that have been, do you recall?

13:56:40    15         A.   I don't recall.  I can't remember.

13:56:53    16         Q.   From what you remember, you guys went

13:56:56    17   out, you picked up some fast food and then you

13:56:58    18   came back and you can't remember doing anything

13:57:00    19   else?

13:57:02    20         A.   All I remember is going out, picking up

13:57:07    21   some food.  I can't remember anything else apart

13:57:17    22   from the accident at that point.

13:57:19    23         Q.   Any recollection about how long that

13:57:21    24   would have taken you to leave the hotel and get

13:57:24    25   food?

GORDON DENNY - 08/24/2023

Page 74

```
1

2

3

4

5                   CONFIDENTIAL PORTION

6

7

8

9

10

11

12

13
```

14:04:43    14        Q.    I guess, let me ask you this.

14:04:44    15              When you fly into Vegas and your uncle

14:04:46    16    picks you up from the airport, did your uncle

14:04:50    17    take you somewhere after that?

14:04:54    18        A.    Sorry?

14:04:56    19        Q.    Yeah, I heard something but I'm not

14:04:58    20    sure that was anybody.

14:05:00    21        A.    Okay.  Yeah, no, he didn't -- he didn't

14:05:06    22    pick me up from the airport.  He just met me

14:05:11    23    there.

14:05:11    24        Q.    And you got a rental car at some point;

14:05:13    25    right?

Page 80

| | | |
|---|---|---|
| 14:13:06 | 1 | Lake Side? |
| 14:13:07 | 2 | Did you collect any receipts between |
| 14:13:09 | 3 | here and there that you remember submitting to |
| 14:13:11 | 4 | Canonical for reimbursement? |
| 14:13:13 | 5 | As you sit here today, do you remember |
| 14:13:15 | 6 | anything like that? |
| 14:13:15 | 7 | A.   I don't remember submitting a receipt, |
| 14:13:24 | 8 | no. |
| 14:13:26 | 9 | Q.   Do you remember if you actually got |
| 14:13:28 | 10 | reimbursed for all of these expenses that you |
| 14:13:31 | 11 | submitted? |
| 14:13:31 | 12 | A.   I assume so. |
| 14:13:37 | 13 | Q.   You don't remember any of them being |
| 14:13:39 | 14 | rejected? |
| 14:13:40 | 15 | A.   No, not unless I was -- didn't realize. |
| 14:13:46 | 16 | Q.   Did you do any shopping while you were |
| 14:13:48 | 17 | in Vegas? |
| 14:13:49 | 18 | A.   No.  I think we went to one shopping |
| 14:14:07 | 19 | outlet.  I think it was near the Trump Towers, |
| 14:14:15 | 20 | Donald Trump is on the top. |
| 14:14:19 | 21 | Just went to -- Taje went to get a |
| 14:14:20 | 22 | jacket.  It was a bit cold and she didn't bring |
| 14:14:23 | 23 | any jackets with her so she went to go and get |
| 14:14:25 | 24 | one but I didn't do shopping myself, no. |
| 14:14:29 | 25 | Q.   You didn't buy any clothes? |

GORDON DENNY - 08/24/2023

Page 84

| Time | # | Testimony |
|---|---|---|
| 14:18:10 | 1 | things without getting Canonical's permission? |
| 14:18:15 | 2 | A.    Yes. |
| 14:18:31 | 3 | Q.    Back to this calendar.  I forgot to |
| | 4 | ask. |
| 14:18:35 | 5 | Why didn't you fly in on Friday the |
| 14:18:37 | 6 | 29th? |
| 14:18:38 | 7 | We talked about how you could have made |
| 14:18:40 | 8 | it on time for the conference if you flew in the |
| 14:18:44 | 9 | 30th, but why the 29th? |
| 14:18:46 | 10 | Is that a date that you picked? |
| 14:18:47 | 11 | A.    No, Erica picked it.  She thought I |
| 14:18:52 | 12 | needed a bit of time to adjust to the changing |
| 14:18:56 | 13 | time.  So she often picked a couple days before. |
| 14:19:01 | 14 | Q.    And as we talked about, it's kind of |
| 14:19:05 | 15 | expected that you can spend some personal time. |
| 14:19:07 | 16 | If you have down time, you are |
| 14:19:09 | 17 | permitted to do that without Canonical's |
| 14:19:11 | 18 | permission? |
| 14:19:12 | 19 | A.    Yeah, I'm not restricted on where I go. |
| 14:19:29 | 20 | Q.    Okay.  So I'm going to go back to your |
| 14:19:31 | 21 | transcript and just walk you through a last |
| 14:19:37 | 22 | couple of things and this is -- these are |
| | 23 | questions that Mr. Ladah asked you and I just |
| 14:19:37 | 24 | want to make sure we are getting your best |
| 14:19:39 | 25 | testimony on this stuff. |

Page 116

| | | |
|---|---|---|
| 14:58:45 | 1 | was they want to make sure your reimbursements |
| 14:58:51 | 2 | are probably, I guess, delineated or itemized? |
| 14:58:57 | 3 | MR. BEAVERS:  Objection, form. |
| 14:58:58 | 4 | THE WITNESS:  They want to be sure that |
| 14:59:08 | 5 | my expenses are itemized. |
| 14:59:11 | 6 | Q.  (BY MR. KARIMI)  So if you remember |
| 14:59:13 | 7 | counsel showed you that little thing with you and |
| 14:59:18 | 8 | Erica, I believe her name was, she wanted to have |
| 14:59:21 | 9 | you, like, name your reimbursements properly? |
| 14:59:24 | 10 | A.  Oh, yeah. |
| 14:59:25 | 11 | Q.  So besides that issue of making sure |
| 14:59:29 | 12 | your reimbursements were actually named properly, |
| 14:59:32 | 13 | you don't have any issues regarding your lunch, |
| 14:59:37 | 14 | dinner, breakfast reimbursements or anything like |
| 14:59:37 | 15 | that? |
| 14:59:38 | 16 | A.  No. |
| 14:59:38 | 17 | MR. BEAVERS:  Object to form. |
| 14:59:40 | 18 | Q.  (BY MR. KARIMI)  Okay.  And you agree |
| 14:59:42 | 19 | you were in Las Vegas because you were sent to |
| 14:59:44 | 20 | Las Vegas at the direction of Canonical; correct? |
| 14:59:50 | 21 | A.  Yes. |
| 14:59:50 | 22 | Q.  And if it wasn't for Canonical telling |
| 14:59:54 | 23 | you to go to Las Vegas you wouldn't have been |
| 14:59:56 | 24 | there in the first place? |
| 14:59:58 | 25 | A.  No. |

GORDON DENNY - 08/24/2023

Page 117

| | | |
|---|---|---|
| 14:59:59 | 1 | MR. KARIMI:  Okay.  Great. |
| 15:00:00 | 2 | I have no further questions. |
| 15:00:01 | 3 | Thank you, sir, and Chelsea is a better |
| 15:00:04 | 4 | team for the record. |
| 15:00:10 | 5 | THE WITNESS:  Definitely not. |
| 15:00:10 | 6 | MR. GUELKER:  And, Wade, could you |
| 15:00:11 | 7 | remove your screen sharing there? |
| 15:00:13 | 8 | MR. BEAVERS:  Sorry, I forgot. |
| | 9 | MR. GUELKER:  No worries. |
| | 10 | EXAMINATION |
| | 11 | BY MR. GUELKER: |
| 15:00:17 | 12 | Mr. Denny, my name is Gary Guelker and |
| 15:00:20 | 13 | I just have a few follow-up questions for you |
| 15:00:23 | 14 | here as soon as Wade takes that off so I can see |
| | 15 | a little better.  Thank you. |
| 15:00:24 | 16 | And I'm sorry, I have a cold.  So if |
| 15:00:26 | 17 | you can't hear me, just have me speak up. |
| 15:00:30 | 18 | I'm going to go back to the decision to |
| 15:00:32 | 19 | have you fly in on a Friday for the convention. |
| 15:00:36 | 20 | I believe you said somebody else made the |
| 15:00:38 | 21 | decision to have you fly in that Friday but I |
| 15:00:41 | 22 | couldn't hear the name of who you testified. |
| 15:00:43 | 23 | Did somebody else make that decision? |
| 15:00:45 | 24 | A.    Erica. |
| 15:00:46 | **25** | **Q.    Erica, okay.** |

GORDON DENNY - 08/24/2023

Page 118

15:00:47    1          So that was your supervisor at

15:00:50    2    Canonical; correct?

15:00:51    3      A.   Correct, yeah.

15:00:52    4      Q.   So not only was Canonical aware that

15:00:55    5    you were going to be in Vegas the weekend before

15:00:57    6    the convention, it actually made a decision to

15:01:01    7    send you there the weekend beforehand; correct?

15:01:04    8      A.   Correct, yeah.

15:01:05    9      Q.   Okay.  And I think you said --

15:01:07   10          Well, let me just ask you again.

15:01:10   11          Do you have any understanding of why

15:01:12   12    she sent you the Friday before?

15:01:15   13      A.   She used to always send all the

15:01:19   14    recruiters a few days before just to try to get

15:01:23   15    climatized with the time differences.

15:01:24   16      Q.   Right.  That's what I thought you said

15:01:26   17    before.

15:01:27   18          So what time --

15:01:28   19          It's an eight-hour time difference

15:01:30   20    between Las Vegas and London; correct?

15:01:32   21      A.   Correct, yeah.

15:01:33   22      Q.   So it's your understanding that one of

15:01:36   23    the reasons was you were there was to help

15:01:39   24    acclimate to the new time zone and help with the

15:01:43   25    jet lag.

GORDON DENNY - 08/24/2023

Page 119

| | | |
|---|---|---|
| 15:01:43 | 1 | Fair enough? |
| 15:01:44 | 2 | A.    Yeah. |
| 15:01:44 | 3 | Q.    Okay.  All right.  Now, you were at |
| 15:01:48 | 4 | this convention as a recruiter; correct, for |
| 15:01:52 | 5 | Canonical? |
| 15:01:52 | 6 | A.    Correct, yeah. |
| 15:01:53 | 7 | Q.    So it's fair to say that you are sort |
| 15:01:55 | 8 | of the face of the company when you were at that |
| 15:01:58 | 9 | convention trying to recruit people; correct? |
| 15:02:01 | 10 | A.    Yeah, correct. |
| 15:02:02 | 11 | Q.    Okay.  And as the face of the company, |
| 15:02:05 | 12 | was it important for you to have a professional |
| 15:02:07 | 13 | appearance while you were there? |
| 15:02:11 | 14 | A.    Define what you mean by professional |
| 15:02:13 | 15 | appearance. |
| 15:02:14 | 16 | Q.    Sure. |
| 15:02:14 | 17 | In other words, well-rested, sharp? |
| 15:02:17 | 18 | A.    Yeah. |
| 15:02:18 | 19 | Q.    Fair enough? |
| 15:02:19 | 20 | A.    Okay.  I thought you meant, like, a |
| 15:02:22 | 21 | suit or something. |
| 15:02:23 | 22 | Q.    No, no, no.  I'm sorry. |
| 15:02:25 | 23 | I just meant that you would agree that |
| 15:02:28 | 24 | it's better to look well rested and prepared than |
| 15:02:32 | 25 | haggard and tired when you are trying to recruit |

GORDON DENNY - 08/24/2023

Page 120

| | | |
|---|---|---|
| 15:02:34 | 1 | people; correct? |
| 15:02:35 | 2 | A.   Oh, yeah.  Definitely, yeah. |
| 15:02:37 | 3 | Q.   So would you agree that getting to go |
| 15:02:39 | 4 | Vegas early, three days early to be able to |
| 15:02:42 | 5 | acclimate allowed you to be more well rested and |
| 15:02:44 | 6 | mentally more sharp at that convention? |
| 15:02:47 | 7 | A.   Yeah.  I mean, if I went on a Sunday, I |
| 15:02:52 | 8 | would have been much wiped out. |
| 15:02:55 | 9 | Q.   So, in fact, it would be fair to say |
| 15:02:57 | 10 | that Canonical benefited by having you there on |
| 15:03:01 | 11 | that Friday because it allowed you to be a better |
| 15:03:05 | 12 | recruiter on Monday; right? |
| 15:03:06 | 13 | MR. BEAVERS:  Objection, form. |
| 15:03:07 | 14 | THE WITNESS:  I would agree with that, |
| 15:03:09 | 15 | yeah. |
| 15:03:09 | 16 | Q.   (BY MR. GUELKER)  All right.  And as we |
| 15:03:13 | 17 | know, Canonical paid for your meals and lodging |
| 15:03:17 | 18 | during this acclamation period; correct? |
| 15:03:20 | 19 | MR. BEAVERS:  Objection, form. |
| 15:03:23 | 20 | THE WITNESS:  Right. |
| 15:03:23 | 21 | MR. MOLINA:  Misstates testimony. |
| 15:03:26 | 22 | Q.   (BY MR. GUELKER) Did I misunderstood |
| 15:03:29 | 23 | anything there, sir? |
| 15:03:30 | 24 | They paid for some meals and lodging |
| 15:03:33 | 25 | while you were there during the acclamation? |

Page 125

1                    CERTIFICATE OF REPORTER

2    STATE OF NEVADA        )
                            )SS
3    COUNTY OF CLARK        )

4        I, Katherine M. Silva, a certified court

5    reporter, Clark County, State of Nevada, do

6    hereby certify: That I reported remotely the

7    deposition of the witness, GORDON DENNY,

8    commencing on TUESDAY, AUGUST 24, 2023, at 12:38

9    p.m.

10       That prior to being examined the witness was

11   by me duly sworn to testify to the truth. That I

12   thereafter transcribed my said shorthand notes into

13   typewriting and that the typewritten transcript

14   of said deposition is a complete, true and

15   accurate transcription of said shorthand notes.

16       I further certify that I am not a relative

17   or employee of an attorney or counsel of any of

18   the parties, nor a relative or employee of an

19   attorney or counsel involved in said action, nor

20   a person financially interested in the action.

21       IN WITNESS WHEREOF, I have hereunto set my

22   hand in my office in the County of Clark, State of

23   Nevada, this 29th day of August, 2023.

24

25   _____
     Katherine M. Silva, CCR #203