# EXHIBIT 3

Deposition of Gordon Denny, Vol. I

Page 1

```
 1                        DISTRICT COURT

 2                     CLARK COUNTY, NEVADA

 3   RONALD CARPENTER, JR.,      )
     an individual;              )
 4                               ) CASE NO.:
                  Plaintiff,     ) A-20-815402-C
 5                               )
     vs.                         )
 6                               )
     GORDON DENNY, an            )
 7   individual; PV HOLDING      )
     CORP. dba AVIS CAR          )
 8   RENTAL, a foreign           )
     corporation; DOES I         )
 9   through V, inclusive;       )
     and ROE CORPORATIONS I      )
10   through V, inclusive,       )
                                 )
11            Defendants.        )

12

13

14

15       VIDEOTAPED DEPOSITION OF GORDON DENNY

16              Via Videoconference

17       Taken on Friday, October 15, 2021

18                  At 8:13 a.m.

19         By a Certified Court Reporter

20                  Remotely in

21               Las Vegas, Nevada

22

23

24   Reported By:  Karen L. Jones, CCR NO. 694
     Job No.:  44365
25
```

```
                                                              Page 2
 1    APPEARANCES:

 2    For the Plaintiff:

 3            LADAH LAW FIRM
              BY:  RAMZY PAUL LADAH, ESQ.
 4            517 S. Third Street
              Las Vegas, Nevada  89101
 5            702.252.0055
              litigation@ladahlaw.com
 6

 7    For the Defendant:

 8            PYATT SILVESTRI
              BY:  ROBERT P. MOLINA, ESQ.
 9            701 Bridger Avenue, Suite 600
              Las Vegas, Nevada  89101
10            702.838.6000
              rmolina@pyattsilvestri.com
11

12    For Intervenor:

13            RESNICK & LOUIS, P.C.
              BY:  GARY GUELKER, ESQ.
14            222 Main Street, 5th Floor
              Las Vegas, Nevada  89148
15            801.960.3655
              gguelker@rlattorneys.com
16

17

18
      Also Present:  Joseph Camp, Videographer
19

20

21

22

23

24

25
```

Page 3

1                            I N D E X

2    WITNESS:   GORDON DENNY

3    EXAMINATION                                            PAGE

4       BY: Mr. Ladah                                          5

5

6

7
                             E X H I B I T S
8
     NUMBER                DESCRIPTION                      PAGE
9
     Exhibit 1   Statement                                    54
10
     Exhibit 2   Copies of Photographs                        76
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   you arrive on the 29th?
 2        A.     Arrived on the 29th.  Went straight
 3   to -- well, actually, checked out the airport.  Went
 4   to Avis to collect the car.
 5               From Avis, I drove down to the hotel I
 6   was staying at, which was Palms.  And my uncle
 7   called me just to make sure that I landed safely.
 8   He lives in Vegas as well.
 9               It's a bit of a blur as to what happened
10   next.  I was waiting for a lady that I was seeing at
11   the time.  She was flying over from Austin.  I went
12   to -- did I pick her up?  Yeah, I think I went back
13   to the airport to pick her up.  And we both came
14   back to the hotel.
15        Q.     That's the 29th?
16        A.     29th, yeah.
17        Q.     Okay.  So the flight here to Las Vegas,
18   did you fly directly from the U.K.?
19        A.     Yes, I believe so.  I don't think there
20   was any stops.  I believe it was a straight flight.
21        Q.     And that flight was paid for by
22   Canonical; is that correct?
23        A.     Correct, yeah.
24        Q.     Okay.  Your hotel room was also paid for
25   by Canonical, right, you said?
```



Page 23

```
 1      A.      Correct.
 2      Q.      Now, did you attend any events on the
 3   29th?
 4      A.      No.
 5      Q.      When did the event start, Amazon Web
 6   Services?
 7      A.      I believe it was Mon- -- either Sunday
 8   or Monday.  I think it might have been a Monday it
 9   started.
10      Q.      Did you -- were you -- did you already
11   start recruiting?  You said part of your job for
12   Canonical was recruiting employees.  Had you been --
13   you said you had been here recruiting also in
14   addition to attending Amazon Web Services, the
15   event.  Tell us -- go ahead.
16      A.      Well, that's how we do recruit.  So
17   we'll go to an event to recruit.  So we speak to
18   people at our desk and see if anyone's interested
19   essentially.
20      Q.      I understand.  So the recruiting is done
21   at the conference?
22      A.      Yes.
23      Q.      Okay.  And you believe the conference
24   started on a Monday?
25      A.      I believe so.
```

Page 25

```
 1   18th?
 2       A.      Sorry?
 3       Q.      You didn't drink at all the night of the
 4   18th?
 5       A.      The 28th, you mean?
 6       Q.      Sorry.  We're on the -- I'm sorry.  The
 7   29th.  I apologize.  The 29th.
 8       A.      Yeah, no.
 9       Q.      Okay.  Roughly what time did the
10   collision that we're here to talk about today occur?
11       A.      I'm not sure of the time.
12       Q.      Okay.  Were you jet lagged at all?
13               (Crosstalk.)
14               THE REPORTER:  I'm sorry.  I didn't get
15   the answer or the objection.
16               MR. MOLINA:  The objection is vague and
17   ambiguous.
18   BY MR. LADAH:
19       Q.      Go ahead.
20       A.      Are you able to clarify?
21       Q.      Any time I fly overseas, you know,
22   there's a time change so I'm jet lagged.
23               Were you jet lagged?
24       A.      Maybe a little bit.  I wasn't tired at
25   the time.  But I had just come over from the U.K. so
```

Page 27

```
 1   occurred, yes, but not right before.
 2        Q.     Okay.  Where were you heading when the
 3   collision occurred?
 4        A.     Back to my hotel.
 5        Q.     Okay.  Back to your hotel from where?
 6        A.     We went to go pick up some food.  I
 7   can't actually remember the fast food place that we
 8   went to.  But, yeah, so we went to pick up some food
 9   basically to take to the hotel.
10        Q.     Was there anyone in the car with you?
11        A.     Yes.
12        Q.     Who?
13        A.     The young lady that I was seeing, Taje
14   Williams.
15        Q.     And are you still seeing Taje Williams?
16        A.     No.
17        Q.     Okay.  Are you still in touch with her?
18        A.     No.
19        Q.     Do you have her phone number?
20        A.     Yes.
21        Q.     Can you give that to us, please?
22        A.     I did have Taje's number, but this is a
23   new phone.  I actually got it last week, and it
24   doesn't appear that it's transferred over.
25        Q.     Do you have your old phone?
```

Page 29

```
 1      Q.      If we send over a written question in
 2   writing of what her phone number is, you'll be able
 3   to get us that information?
 4      A.      I should be, yeah.  I should be able to
 5   get it, yeah.
 6      Q.      And Taje Williams was in the car when
 7   the crash occurred, correct?
 8      A.      Correct, yeah.
 9      Q.      So you were coming from the place you
10   got food from; is that correct?
11      A.      Yes.
12      Q.      And did you eat in or dine in or did you
13   get food to take back to the hotel?
14      A.      No, we got food to bring back to the
15   hotel.
16      Q.      So the food was in the car with you?
17      A.      Yeah.
18      Q.      And do you know the name of the place
19   you got the food from?
20      A.      I can't remember if I'm completely
21   honest.
22      Q.      Did you pay with cash or credit?
23      A.      I wouldn't be able to give you a -- I
24   wouldn't be able to give you a positive answer.
25      Q.      The reason I ask is because if you pay
```

Page 85

1                    CERTIFICATE OF REPORTER

2
    STATE OF NEVADA    )
3                      )SS:
    COUNTY OF CLARK    )
4

5          I, Karen L. Jones, a duly commissioned and
    licensed Court Reporter, Clark County, State of
6   Nevada, do hereby certify:  That I reported the
    taking of the deposition of the witness, GORDON
7   DENNY, commencing on Friday, October 15, 2021 at
    8:13 a.m.

8

9          That prior to being examined, the witness was,
    by me, duly sworn to testify to the truth.  That I
10  thereafter transcribed my said shorthand notes into
    typewriting and that the typewritten transcript of
11  said deposition is a complete, true and accurate
    transcription of said shorthand notes.

12

13         I further certify that (1) I am not a relative
    or employee of an attorney or counsel of any of the
14  parties, nor a relative or employee of an attorney
    or counsel involved in said action, nor a person
15  financially interested in the action; nor do I have
    any other relationship with any of the parties or
16  with counsel of any of the parties involved in the
    action that may reasonably cause my impartiality to
17  be questioned; and (2) that transcript review
    pursuant to NRCP 30(e) was requested.

18

19

20         IN WITNESS HEREOF, I have hereunto set my
    hand, in my office, in the County of Clark, State of
21  Nevada, this 1st day of November, 2021.

22                              _____
23                              KAREN L. JONES, CCR NO. 694

24

25