SHANNON S. PIERCE (Nev. Bar No. 12471)
WADE BEAVERS (Nev. Bar No. 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 788-2283
Email: spierce@fennemorelaw.com; wbeavers@fennemorelaw.com

*Attorneys for Canonical Group Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER, JR., an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GORDON DENNY, an individual; PV HOLDING CORP. dba AVIS CAR RENTAL, a foreign corporation; CANONICAL GROUP LIMITED, a foreign corporation; DOES I through V, inclusive and ROE CORPORATIONS II through V, inclusive;<br><br>Defendants.<br><br>ALLSTATE INSURANCE COMPANY;<br><br>Intervenor. | CASE NO.: 2:23-CV-00208-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT CANONICAL GROUP LIMITED'S MOTION FOR SUMMARY JUDGMENT** |

On December 15, 2023, Defendant Canonical Group Limited ("CGL") filed a Motion for Summary Judgment (ECF No. 40). On January 16, 2024, Plaintiff Ronald Carpenter, Jr. ("Plaintiff") filed his Opposition to CGL's Motion for Summary Judgment (ECF No. 44). Pursuant to LR 7-2(b) CGL's reply to Plaintiff's Opposition to CGL's Motion for Summary Judgment is due January 30, 2024.

//

//

//

//

31443589.1

IT IS HEREBY STIPULATED by all parties, by and through their undersigned counsel, that the deadline for CGL to file its reply to Plaintiff's Opposition to CGL's Motion for Summary Judgment (ECF No. 40) be extended to February 6, 2024.  This is the first request to extend the deadline for CGL to file its reply.

**IT IS SO STIPULATED.**

Dated this 29th day of January, 2024.

**FENNEMORE CRAIG, P.C.**

 /s/  Wade Beavers
Shannon S. Pierce (Bar No. 12471)
Wade Beavers (Bar No. 13451)
7800 Rancharrah Parkway
Reno, Nevada 89511

*Attorneys for Canonical Group Limited*

Dated this 29th day of January, 2024.

**PYATT SILVESTRI**

 /s/  Robert P. Molina
Robert P. Molina (Bar No. 6422)
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101

*Attorneys for Gordon Denny and PV Holding Corp., dba Avis Car Rental*

Dated this 29th day of January, 2024.

**RESNICK & LOUIS, P.C.**

 /s/  Gary R. Guelker
Gary R. Guelker (Bar No. 10603)
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148

*Attorneys for Intervenor Allstate Insurance Company*

Dated this 29th day of January, 2024.

**LADAH LAW FIRM**

 /s/  Ramzy P. Ladah
Ramzy P. Ladah (Bar No. 11405)
517 S. Third Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2024.

31443589.1

# CERTIFICATE OF SERVICE

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to NRCP 5(b), I am serving a true and correct copy of the **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT CANONICAL GROUP LIMITED'S MOTION FOR SUMMARY JUDGMENT** on the parties set forth below by the Court's electronic filing / service system addressed to:

Ramzy P. Ladah, Esq.  
Ladah Law Firm  
517 South Third Street  
Las Vegas, NV 89101  
litigation@ladahlaw.com  
*Attorneys for Plaintiff*

Gary R. Guelker, Esq.  
Resnick & Louis, P.C.  
8925 West Russell Road, Suite 220  
Las Vegas, NV 89148  
gguelker@rlattorneys.com  
*Attorneys for Intervenor Allstate Insurance Company*

Robert P. Molina, Esq.  
701 Bridger Avenue, Suite 600  
Las Vegas, NV 89101  
rmolina@pyattsilverstri.com  
*Attorneys for Defendants Gordon Denny and Avis Car Rental*

Dated: January 29, 2024

                                         /s/ Debbie Sorensen  
                                         An employee of Fennemore Craig, P.C.

31443589.1