AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Ronald Carpenter, Jr.,

           Plaintiff,

v.

Gordon Denny et al.

           Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00208-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered in favor of Defendants, Canonical Group Limited and PV Holding Corp., and against Plaintiff, Ronald Carpenter, Jr.

09/30/2024
Date

DEBRA K. KEMPI
Clerk

/s/ RJDG
Deputy Clerk