**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER, JR., an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GORDON DENNY, an individual; PV HOLDING CORP. dba AVIS CAR RENTAL, a foreign corporation; CANONICAL GROUP LIMITED, a foreign corporation; DOES I through V, inclusive and ROE CORPORATIONS II through V, inclusive;<br>Defendants.<br>ALLSTATE INSURANCE COMPANY,<br><br>Intervenor. | CASE NO.: 2:23-CV-00208-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff, Defendants Gordon Denny and PV Holding Corp and Intervenor Allstate Insurance Company hereby STIPULATE to extend the time for the parties to file their Joint Pretrial Order as set forth in the Court's Minute Oder dated October 30, 2024 (ECF No. 58) by 30 days.  The current deadline for said disclosure is December 2, 2024. This is the second stipulation seeking to extend the subject deadline.  This extension would give the parties until January 2, 2025 (taking into consideration the New Years Day holiday which falls on the 30th day).

The parties submit that good cause exists for the requested extension. The parties are continuing their efforts in drafting exhibit lists and culling down the extensive exhibits in this matter

*Carpenter v. Denny, et al*
*Case No. 2:23-CV-00208*

for trial.  Moreover, the parties recently attended private mediation on October 17, 2024.  Defendant has requested additional time to fully evaluate and consider various issues that were raised during the mediation, in hopes of potentially reaching a settlement agreement.

The parties further submit that this extension is requested in good faith and with no dilatory motive.

IT IS HEREBY STIPULATED by all parties, by and through their undersigned counsel, that the deadline for the parties to submit their Joint Pretrial Order be extended to January 2, 2025. Respectfully submitted,

| DATED this 2nd day of December, 2024. | DATED this 2nd day of December, 2024. |
|---|---|
| **LADAH LAW FIRM** | **PYATT SILVESTRI** |
| */s/ Ramzy P. Ladah* | */s/ Robert P. Molina* |
| RAMZY P. LADAH, ESQ.<br>Nevada Bar No. 11405<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | ROBERT P. MOLINA, ESQ.<br>Nevada Bar No. 6422<br>7670 West Lake Mead Boulevard, Suite 250<br>Las Vegas, NV 89128<br>*Attorneys for Defendants*<br>*Gordon Denny and PV Holding Corp.* |

DATED this 2nd day of December, 2024.

**RESNICK & LOUIS, P.C.**

*/s/ Gary R. Guelker*

GARY R. GUELKER, ESQ.
Nevada Bar No. 10603
8925 W. Russell Rd., Suite 220
Las Vegas, NV 89148
*Attorneys for Intervenor*
*Allstate Insurance Company*

/ / /

/ / /

*Carpenter v. Denny, et al*
*Case No. 2:23-CV-00208*

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Dated:** December 3, 2024.