**RESNICK & LOUIS, P.C.**
Gary R. Guelker, Esq.
Nevada Bar No. 10603
8945 W. Russell Road, Ste. 330
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (602) 456-6256
Email: gguelker@rlattorneys.com
*Attorneys for Intervenor Allstate Ins. Co.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD CARPENTER JR., an individual,<br><br>Plaintiff,<br>v.<br><br>GORDON DENNY, an individual; PV HOLDING CORP. dba AVIS CAR RENTAL; DOES I through V; ROE CORPORATIONS 1 through V, inclusive,<br><br>Defendants.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Intervenor. | CASE NO.: 2:23-CV-00208-RFB-NJK<br><br>**ALLSTATE INSURANCE COMPANY'S WITHDRAWAL AS INTERVENOR** |

ALLSTATE INSURANCE COMPANY ("Allstate"), by and through its attorney, Gary Guelker with Resnick & Louis, P.C., hereby withdraws as an Intervenor in this matter. Allstate will not be participating in any future proceedings in this case, including any upcoming trial.

DATED this 5th day of March 2025.

**RESNICK & LOUIS, P.C.**

By: /s/ *Gary R. Guelker*
Gary R. Guelker, Esq., SBN: 10603
8945 West Russell Rd., Ste. 330
Las Vegas, NV 89148
Attorneys for Intervenor Allstate

1

1
2  **CERTIFICATE OF SERVICE**
3  I certify that on March 30, 2021, I electronically served a copy of the foregoing **ALLSTATE INSURANCE COMPANY'S WITHDRAWAL AS INTERVENOR** on all the parties to this case by utilizing the court's electronic filing service
4
5
6
7  	*/s/ Carol Sibiga*
	An Employee of Resnick & Louis, P.C.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28